(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

McGill, Acrecious

_____

(Name of Plaintiff or Plaintiffs)

v.

See Attachment

_____

(Name of Defendant or Defendants)

**CIVIL ACTION NO.** 07 - 8 3 9

## COMPLAINT

1.    This action is brought pursuant to 3 US Sec, 411 / Civil Rights Act FX4
(Federal statute on which action is based)

for discrimination related to Sex, Race, Disability, Prisoner jurisdiction exists by virtue of
(In what area did discrimination occur? e.g. race, sex, religion)

3 US Sec. 411 / Civil Rights Act 1964
(Federal statute on which jurisdiction is based)

2.    Plaintiff resides at 10 Aquilla Ave - Over View Gardens
(Street Address)

New Castle New Castle DE 19720 - 1302
(City)      (County)      (State)      (Zip Code)

(302) 293-1339
(Area Code) (Phone Number)

3.    Defendant resides at, or its business is located at 1301 E 12th St - Howard R Young
(Street Address)

Wilm. New Castle DE 19720 - 1302
(City)      (County)      (State)      (Zip Code)

4.    The alleged discriminatory acts occurred on ___1___ , ___1___ , 2005
(Day)      (Month)      (Year)

5.    The alleged discriminatory practice ☒ is   ☐ is not continuing.

6.  Plaintiff(s) filed charges with the _DEPARTMENT OF POLICE_
                                              (Agency)
    _87 READ'S WY - NEW CASTLE - NEW CASTLE, DE 19720 -1302_
        (Street Address)      (City)      (County)   (State) (Zip)
    regarding defendant(s) alleged discriminatory conduct on: _27 JUL 05_
                                                                (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?    Yes ☐    No ☒
    If yes, to whom was the appeal taken? _____

9.  The discriminatory acts alleged in this suit concern:  (Describe facts on additional sheets if
    necessary) INCLUDING, BUT NOT LIMITED TO THE FOLLOWING(⚹):
    EGREGIOUS PRISON CONDITIONS - NO HEAT & HOT WATER FOR WEEKS
    AMERICANS w/ DISABILITIES - DELIBERATE, INDIFFERENCE TO GET ME
        TO MULTIPLE COURT APPEARANCES DUE TO VANS IN DISREPAIR.
        2) INADEQUATE / MISSED DOSAGES OF PRESCRIBED MEDS.
        3.) DOCTOR PRESCRIBED THERAPIES (PHYSICAL, VOCATIONAL, etc.)
    CONTEMPT OF COURT ORDERED TREATMENT AT ADDITIONAL
        FACILITY FOR MEDICAL CONDITIONS (SEVERE & CHRONIC).
    PRISONER RIGHTS VIOLATIONS - 24+ HOUR LOCK-DOWNS
        2.)BLOODY, UNSANITARY & NO LAUNDRY
        3.) INADEQUATE DIETARY (ALLERGIC, RELIGION, SMALL/NO)
        4.) CRUEL & UNUSUAL PUNISHMENT BY OFFICERS & MED STAFF
        - VERBAL, PHYSICAL, MENTAL, EMOTIONAL ABUSE
        - MISCONDUCT (SMOKING, STEALING, LYING, DENYING FED.
        FUNDED RESOURCES)

10.              Defendant's conduct is discriminatory with respect to the following:
        A.   ☒    Plaintiff's race
        B.   ☒    Plaintiff's color
        C.   ☒    Plaintiff's sex
        D.   ☐    Plaintiff's religion
        E.   ☐    Plaintiff's national origin

⚹ SEE ATTACHED

11.    Plaintiff prays for the following relief:    (Indicate the exact relief requested)

GIVE ACCOMODATIONS & MONETARY BONUSES TO RESPONDING OFFICERS
& MED. STAFF ON CODE 4, 8 NOV 04 @ 12A-1A, FOR SAVING
MY LIFE BY DEFYING REPEATED DELIBERATE & INDIFFERENT
ORDERS FROM SUPERIORS (DR, etc..)

FEDERAL INSPECTIONS (RANDOM & UNANNOUNCED) INVESTIGATE
& TAKE APPROPRIATE ACTIONS TO CORRECT FINDINGS/VIOLATIONS

INDEPENDENT COMMITTEE FOR MED. & GRIEVANCE POLICY &
PROCEDURES FORMED CONSISTING OF CIVILIANS & PRISONERS

GIVEN THE AUTHORITY TO CORRECT CORRUPTION.
DUE TO CONTINUOUS, EGREGIOUS CORRUPTION FOUND IN MY CASE

ON MULTIPLE LEVELS (LEGAL MED etc) EXPUNGE MY CRIMINAL
RECORD OF ALL CHARGES, REMAND/DISCIPLINE ALL DEFENDANT

& or PERSONS FOUND TO BE GUILTY. AWARD ME $250 MILLION
FOR IRREPARABLE/REPARABLE DAMAGES TO MY WELL-BEING
WHILE IN THEIR CARE & A WRITTEN APOLOGY TO ME & COM-
MUNITY FOR CORRUPTION ON-GOING IN DEPT of CORRECTIONS.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
(Signature of Plaintiff)

# INCLUDING, BUT NOT LIMITED TO :

DEFENDANTS- DEPARTMENT OF CORRECTIONS
      1301 E. 12th ST
      WILM, DE 19809
      (P) 302 429-7747
      (F) 302 429-7716

① HOWARD R. YOUNG
   - WARDEN RAPHAEL WILLIAMS
   - SECRETARY ANNE
   - CORRECTIONAL OFFICERS:
      GASSNER  /  MOODY   /  SHEETS
      HUTCHINS  /  BLUE   /  LEE
      FARMER   /  TALENTI  /  PRANG

1-A  FIRST CORRECTIONAL MEDICAL
   - DR. IONE
   - DR. ARAMBORU
   - DR. JOSHE           1901 N. DuPONT H
   - DR. RASKIN - STATE HOSPITAL  NEW CASTLE, DE 19720
   - PA HERNANDEZ
   - NURSES:  JEREMY  /  ROXANNE
            COLLEEN  /  QUANIE
            KOURTNEY  /  JANICE
                    26 PARKWAY CT
                    NEW CASTLE, DE

1-B  PROBATION & PAROLE - BELINDA VANN (302)323-6050
② ARRESTING OFFICERS:  New Castle County
                 DUPONT HWY
                 NEW CASTLE, DE 19720
   - DET. SANTOS
   - DET. TOWERS

③ PUBLIC DEFENDERS OFFICE?
   - KEVIN O'CONNELL, ATTY
                       820 N. KING ST

✷    INCLUDING, BUT NOT LIMITED TO:

OTHERS INVOLVED — MR & MRS TAYLOR        10 AGUILLA AVE - NEW CASTLE, DE 19720-1322
TERRY JONES                OVERVIEW GARDENS (302) 428-1051
SYLVESTER JONES
STACION CLARK              516 STEWARTON CT        (302) 832-6125
COLLEEN CLARK              NEWARK, DE 19702-4075

LEGAL:
ATTY LINARDUCCI            920 W BASIN RD - NEW CASTLE, DE 19720 (302) 325-1260
JUDGE McDONOUGH            500 N KING ST - WILM., DE 19808
JUDGE FITZGERALD
LEG. ASST. ANGELO          1321 E. 12th ST - WILM., DE 19809 (302) 429-7747

MEDICAL:
DR JAMES A THOMAS          701 AUGUSTINE - CUT-OFF - WILM, DE        (302) 777-1277
DR JOE SABASTIANI          901) N. MARKET ST - WILM, DE 19802  (302) 762-0200
DR. BOSE                   C-79 OMEGA DR - NEWARK, DE 19713    (302) 738-9145
DR. ANDREW GELMAN          1096 OLD CHURCHMANS RD - NEWARK, DE 19713 (302) 659-9494
PT  MIKE WELLS             1600 WASHINGTON ST - WILM, DE        (302) 656-2521

INMATES:
JAEMON STOKES   # 501746        1301 E. 12th ST - WILM, DE 19809
WILFREDO BERRIO  # 510540                   (302) 429-7747
CHRIS POORE      # 354902
ROBERT WALKER    # 062409
JIMMY LEWIS      # 506622
NYIN MC DANIEL                     ( S.B.I. # )
JOHN RATEVICH
MICHAEL POOLE
DOUG HARRIS      # 106902
INFIRMARY WORKERS   RICHARD (BLACK)
                    RICHARD KACHUBA

OFFICERS — CORRECTION
WOLOSYN            1301 E. 12th ST - WILM, DE 19809 (302) 429-7747
CARLOCKE
SANATO
POOLE
WARNICASTLE
SCHRACK            "LAST NAMES ONLY"
DAVID
SAVAGE
HASTINGS

NURSES — INFIRMARY
TYRESSA            1301 E. 12th ST - WILM, DE 19809 (302) 429-7747
LISA
JEAN
                   "FIRST NAME BASIS"

STATEMENT OF CLAIM:                           McGill, Aggecious

4 NOV 04 - 11 JAN 05                           SBI- 274388 / DOB- 29 Aug 70


I AM WRITING THIS CLAIM FOR ON-GOING CRUEL & UNUSUAL PUNISH-
MENT, RIGHTS VIOLATIONS & LIFE THREATENING CONDITIONS AT A
FEDERAL FUNDED FACILITY / DEPARTMENT, INCLUDING, BUT NOT
LIMITED TO THE FOLLOWING:

WARDEN WILLIAMS  I. EXTREME / UNCIVILIZED LIVING CONDITIONS
                     A. VERY HOT - STIFLING HEAT THRU VENTS
24-28 NOV             1) THERMOSTAT BROKEN - NOT LIKE NEW SIDE & WILL NOT RETURN
28 NOV - 11 JAN       B. VERY COLD - FREEZING AIR THRU VENTS
1 DEC - 22 DEC           1. INADEQUATE CLOTHING / BLANKETS
28 DEC                      a) HEAT DENIED, NURSE DON'T CONTROL HEAT, & BACK UP - NURSE OFFICER
15 DEC                     b) ADDITIONAL BEDDING ( SHEETS, BLANKETS ) DENIED "IF I GIVE
OFFICER SHEETS                YOU EXTRA THEN EVERYBODY ELSE WILL WANT EXTRA SHEETS, ET
18-19 DEC.               C) DO JUMPING JACKS & PUSH-UPS, THAT'LL KEEP YA WARM - SHEETS
                            + ALL THE WHILE OFFICER STAYS' SITTING HOT OR COLD
DEC - JAN             2. BREATHING COLD AIR W/ CHRONIC BRONCHITIS CAUSED COUGHING
                         THAT WORSENED, SLIGHT DISCOMFORT AGGRAVATED MY PHYSICAL INJURY
1-11 JAN              C. NO SHOWERS IN ONLY 944 (DISABLED) BATHROOM - UNDER CONSTRUCT
                         PER MAINTENANCE
1-11 JAN              D. NO HOT WATER, INADEQUATE ( COLD SHOWER / COLD SICK )
31 DEC                   1. REQUESTED FOR KID PLACEMENT OR SKIN INFECTIONS (HEAD,
1 JAN                      ARMS, LEGS) GIVEN MY HOT WATER, THEN APPLY CREAM
                           RESTRICTED TO HOT / COLD WATER FROM HOT WATER DISPEN-
31 DEC - 11 JAN            FOR CAUSING CELLS - OFFICERS TALENT / BLUE
1 JAN                      TALENT "NOTHINGS GUARANTEED IN PRISON"
5 NOV - 11 JAN             BLUE "I'LL ASK ANY OFFICER TO SEE IF HE WANTS TO"
                         2. NO HOT WATER, IN "EARLY" BATHROOM IN INFIRMARY DENIED
                            ALLOWED TO USE AT SINK AND VANITY MIRROR.
                      E. SEPTIC TANK BACK-UPS
8 NOV - 11 JAN           1. IN 202 - THROUGH FLOOR TILE ( 6 TILES DIFFERENT COLOR)
                            WHERE WASTE CAME BACK INTO CELL AROUND TOILET
25 NOV, 2 DEC            2. INFIRMARY - PCC - 1916 & 1971 (TWICE) BACK-UP FLOODED OUT-
                            SIDE INTO CELL W/ DANGER ON HAZARDOUS MATERIAL
5 NOV - 11 JAN        F. RODENT   INFESTATION - CAN'T THROW IT AWAY, NOT IT WAS ANYWAY / NOT
8 NOV - 11 JAN        G. MOLD & MILDEW AROUND TOILET UNITS / BUILDS FOR UNCOMFORT
8 NOV - 11 JAN        H. CALCIUM BUILD-UP ON FAUCET IN 202
8 NOV - 11 JAN        I. BEDS & VENTS - LAYERS OF DUSTS
8 NOV - 11 JAN        J. UNSANITARY LAUNDRY
                         1. STAINED W/ BLOOD & URINE
                         2. SMALLEST SIZES - TIGHT & RUBBING - ROLLS-OUT-OFFS

                      II. CRUEL / INADEQUATE TREATMENT - MED STAFF / OFFICERS
4 NOV - 11 JAN           A. CHRONICALLY ILL, SICK, HANDICAPPED W/ PENDING MAJOR SURGERY
7 NOV                       1. SENT TO SEG. POP-THAT'S OVERCROWDED - DR. INENE
7 - 8 NOV (OAN)            a) WENT 24 HOURS IN CRITICAL CONDITIONS FOR HOURS W/O OFFICE
( THE GRUNG)                 CHECK-IN OR GETTING BEEN FOR ME - 24-8(3 INMATES
                            b) SPACE AVAILABLE INF-202 (7-8 NOV)

2. PHYSICAL ABUSE

13-16 NOV / 10 DEC
a.) Dr.s continuously ordered use assistance throughout incarceration, knowing I/M disabled (NL wheelchair, cane, walker, elevator, helping hand in time of need)

19 NOV / 19 NOV
- Don't care about Soc. Sec. / disability - DR ARAMBORU
- I'd walk perfectly fine why you can't all the braces & a walker, cane and coat/ DR INNE

7 NOV / C
b.) Escort to Gen. Pop. ordered to take stairs - DR INNE
c.) No rehab program for you. I don't know of Judge telling us to send I/M to Hosp or Hems to treat I/M - rehab yourself - DR ARAMBORU

2/16 DEC
8/19 NOV
2/16 DEC
d.) No surgery - use your head send cut for surgery & it won't help your condition. DR ARAMBORU - your pain is from arthritis

2-3 DEC
e.) Ask for help, can't move symp. severe - officer, med. leaves I/M in critical distress. Laughing

10 NOV (GRIEV-3)
f.) Tripped, pull & dragged & starred during 7 New escort
5. MENTAL ABUSE
a.) Refu. to see Dr. + depression, hopelessness, helplessness 13 NOV, did not see Dr. til 16 DEC

6 DEC
2-3 DEC
WARDEN
b.) Disability in your head - DR ARAMBORU
c.) There & @ Dr. Hosp have same attitude re surgery NO ARAMBORU
d.) Court order 12 NOV to remain @ St. Hosp til stable did not see for 380 DEC for evaluation daily & returned to enf 262

23 NOV / 2 DEC
5 NOV - 11 JAN
e.) Life of pain from arthritis - ARAMBORU
f.) Close not set - misertation

15 NOV
4 NOV - 11 JAN
7 DEC
4. VERBAL ABUSE
a.) Spiderman - insult, crawler - officers, med. staff. use wheelchair, walk
b.) Talking to med. staff / officers - yelled at, cut-off, ignored, cursed
c.) Take it like a man - PA therapist

8/16 NOV
d.) Old woman w/ same symp. don't show this much pain - DR ARAMBORU

29 NOV @ 2A
e.) You have arthritis, you will have these symp. get used to it for the rest of your life - Nurse ROXANNE

29 NOV @ 12
7 NOV
f.) Not now later, when I get back thats when
g.) You can thank your primary for making you a addict to pain killers, no surgery in years (10) - DR INNE
5. NEGLECT even when asked / requested to do / required

5 NOV - 11 JAN
a.) STD testing - HIV etc.
b.) Hepatitis - older brother got hep from blood trans. S.JONES

19 NOV
c.) GYC exam - advised Dr. Inne glennower (5) yrs old
d.) Dental - infra teeth (crowns)

5, 7 NOV - INNE ARAMBORU
4, 19 NOV / 2 DEC
e.) Family history of med. conditions (cancer, diabetes etc.)
f.) Request med. releases to Pop. chiropractor, surgeons etc. for corrective treatment - never obtained records, MRI etc.

11 NOV
g.) X-ray AP-lateral knees w/ braces @ admission & growth

1, 22, 25 DEC
5 NOV - 11 JAN
h.) Sick calls (3) med. reporting worsening & new conditions
i.) No resp. to re: written & call orders - written support to back
- will get missing items in the closet, then ask they can get everything - admin., officers

5 NOV - 11 JAN
3rd DEC / 2 NOV-16 NOV
j.) No recreation 24+ hrs routinely, even other shift (1st & 2nd)
k.) Recommendations given on State Hospital. Pain management not followed

5 NOV - 11 JAN
12 / 18 NOV
PM medicine / medicaid insurance - braces, insoles, tens, hot/cold
l.) Lessons / missed routines (scr chart)
6. My cell 2:22 - INF overcrowded (3) - Warden, ARAMBORU, INNE

7. LATE / MISDIAGNOSIS
a) THAT'S A PIMPLE - PA HERNANDEZ TURNED OUT TO BE
   SINUS INFECTION
b) WALK FINE - HAD KNEE SURGERY (L), SPINE DAMAGE (4) DISCS
c) X-RAYS FINE - DR. INNE
d) SKIN INFECTION - ARMS / LEGS - DR. ARAMBORU / INNE
e) HERNIATED C/L-SPINE DISCS - DR. ARAMBORU / INNE
f) GROWTH ON (L) HIP BUTTOCKS CAUSING PAINS - DR. ARAMBORU / INNE
g) NERVE DAMAGE C/L-SPINE, SCIATIC / HERNIATED & MINIMIZED DISCS

8. INADEQUATE TREATMENT
a) ASSISTANCE W/ MOBILITY (CANE, WALKER, WHEELCHAIR, NURSE)
b) WALK AWAY BEFORE I/M ADMITTED W/ WORSENING CONDITIONS - DR. INNE, ARAMBORU
c) DIDN'T SEE DR. INNE (PA/CH) TIL 16 DEC AFTER ADMISSION
   & COURT ORDER 12 NOV
d) SKIN INFECTION - DR. INNE / ARAMBORU (98 DYS TIL FLOWUP)
e) SINUS INFECTION (TESTING, EXAM) - DR. INNE / ARAMBORU
f) TCE NAIL FUNGUS (REMOVE / REMOVAL) - DR. INNE / ARAMBORU
g) ALLERGIES (SHELLFISH, TESTING) DR. INNE / ARAMBORU
h) HI-BLOOD PRESSURE - STOPPED MEDS & CK-UPS - DR. INNE,
   ARAMBORU - MED. STAFF
i) ARTHRITIS ADVISED BY ARAMBORU & DR ARAMBORU DIAGNOSED 15 NOV
j) RETIRED (PAINS, DRUG, OCCUPT, LOCATT)
k) SPASMS (SCIATIC) AND MUSCLE RELAXERS

WARDEN  II. LACK OF / INADEQUATE SUPPLIES, EQUIPMENT
A. SUPPLIES
   1. MEDS
      a) RAN OUT OF Rx DR ARAMBORU
      b) CAN'T LOCATE CREME, PILLS VACCINE, DR INNE
      c) CAN ONLY GET 975 mg V 1650 mg NR JEREMY
   2. LAUNDRY
      a) GET CLEAN TOWEL FOR SHOWER, WASHED NO TOWELS & MUST HAND WASH OUT TOWELS W/ BLEACH - PA HERNANDEZ
      b) NO BOXERS, SOCKS, T-SHIRTS, LINENS, CLOTHES CLEAN
      c) PLATES, CUPS, TRAYS, FORKS, THROUGH, GLOVES
      d) X-RAY, FILMS, PREPS, PLANNERS & GLOVES - ON BACK ORDER - TECHNICIAN
B. BROKEN / MALFUNCTIONING
   1. BLOOD PRESSURE CUFF, NOT CALIBRATED - 16 POINTS OFF - DR INNE / JEREMY
   2. WHEELCHAIRS - MISSING FOOT RESTS, WHEEL LOCKS - RADIOLOGIST
   3. BEDS - TAUGHT, MINUT & LOWER PROPERLY NEED NEW ONES?
      NR LISA / OFFICERS CODE 4
   4. X-RAY MACHINE - MAKING ODD NOISE, AS TECH HITS MACHINE
      "I'M SORRY ABOUT ALL THIS, REQUESTED NEW ONE TOO"

II. LACK OF CLEANLINESS & SAFETY
A. HAZMATS
   1. URINE & BLOOD LEFT ON INF. DEC. FLOOR FOR DAYS, AFTER
      MED. STAFF NOTIFIED, STAFF - NURSE RN MANAGER KACHUBA
   2. WORKERS & OFFICERS WALKING THROUGH W/O CLOTHING/FEET-
      WEAR, SPREADING HAZZARDS AROUND WITH BACK-UPS
   3. WALLS NOT WASHED DOWN, BODY FLUIDS ON WALL, DIRT &
      STAINS - SUPPOSE TO SANITIZE FROM COMPLETELY / WORKERS
   4. GIVEN ROLL OF TISSUE W/ BLOOD STAINS
B. LAVATORY
   1. DINGY, BLOOD STAINED, URINE SKITS FROM BLOOD ROOM

5 NOV - 11 JAN
8 NOV - 11 JAN
DEC - JAN

2. GLOVES NOT USING WHEN TREATING P. — DR ARAMBORU/ENNE
3. GLOVES & HAIRNETS NOT WORN WHEN SERVING FOOD BY E/M & WORK
4. GUARDS, MED. STAFF, I/M — WALKING PNEUMONIA VIRUS INFECTS, COLD & FLU BY APPEARS FOR DAYS ON END W/C USING KLEENEX, WASHING HANDS, WORK AREA, HOUSING UNITS PREFREQUENT TO PREVENT SPREAD ESPECIALLY IN AL INFIRMARY

2.5 DEC

5. SPILLS / GARBAGE FROM BANDAGES, PADS, ETC NOT CLEANED UP BY MED STAFF
6. NO ESCORTING TO COURT IN HANDICAPPED VAN USED NO BELT FOR ME

## V. FOOD - SUBSTANDARD, CONTAMINATED, ALLERGIC

A. 5M SERVINGS - NOT WELL BALANCED,

5 NOV - 11 JAN - NEWAN
5 NOV - 11 JAN

1. WORKERS, OFFICERS KEEP FOOD FOR THEM (FRUIT, CEREAL, MILK)
2. HOT FOOD SERVED COLD - BREAKFAST LEFT IN HALLWAY FOR HOURS DAILY
3. SERVING NOT ENOUGH FOR WEIGHT GAIN, LOSS/AG WHILE THERE — LOST 20 lbs. PLATES NOT FILLED-UP, COMPARTMENTS EMPTY
4. DISCARDED BAGS OF FOOD OR SENT THEM BACK TO KITCHEN / KNOWING SICK, TAKE MEDS @ NIGHT, NEED NUTRITION & STILL ONLY 1 SERVING, THAT'S IT, TRASH IT

GRN 22 DEC
GRN 22 DEC

B. FOUND LARGE DARK OBJECT IN BREAKFAST (SEE SAMPLE) WARDEN
1. LONG STRINGY HAIR IN LUNCH (SEE SAMPLE)

MED GRN 17 NOV
13 NOV, 21 DEC,
8 JAN

C. TOLD MED. STAFF @ LEAST 5x, ALLERGIES TO SHELLFISH
1. SERVED SEAFOOD / SHELLFISH 3x'S - 'NO Rx FOR YOU OR MEMO-FOOD SERVICE (SEE GRN 22 DEC)

DR ENNE ARAMBORU
2.5 DEC

2. ADVISED (NOV 5,7,13,19 / DEC - 21,22) 'WE DON'T WRITE Rx FOR ALLERGY TO FOOD'
3. LT FARMER SENT 'PUTOFICAL / DIETARY MEMO RE: SHELLFISH ALLERGY & NO Rx PER MED RECORDS - STILL SERVED SHELLFISH & NAN-NO OTHER FOOD ALLOWED / SENT IN REPLACE OF

WARDEN

## VI. MISCONDUCT / ABUSE of AUTHORITY / CHAIN of COMMAND COVER-UPS

A. LT. LEE DISCARDED MED / PERSONAL ITEMS WHILE SLEEP (SEE GRNC - 22 DEC) A&D OINTMENT, HYDROCORTIZONE, TOOTHBRUSH, etc)
1. OFFICERS GIVE US CHARITABLE GIFTS, THEN STEAL, CONFISCATE ITEMS, WRITE US UP, THREATEN, DISCIPLINE I/M FOR HAVING THE SAME ITEMS THE OFFICERS GAVE I/M

B. NOT FOLLOWING PROCEDURE

589 GRNC - 22 DEC
HUTCHINGS
WKR BRUTON

1. VISITS - WENT TO TV WC @ 8:30A (STACION CLARKE), OFFICER WOKE ME @ 6:20 A - POLICY NOT TO TELL CT / VISIT APPTS
   a) NO BREAKFAST LEFT FOR ME - ADVISED OFFICER / WORKER @ CELL DECK - 'NOBODY TOLD ME YOU HAD VISIT - CAN'T GO, ME - OFFICER NOT A WORD A STOUT DOOR'
   b) WENT TV 27 NOV @ 8:30A (STACION CLARKE) VISIT- WAITING FOR CELL DOOR TO OPEN, AFTERWARDS OFFICER WHITE @ FRONT DOOR STATES 'OK, BRUSH YOUR TEETH & I'LL BE BACK FOR YOU '& CLOSED DOOR BEFORE RESPONSE OR CHECKING I'VE BEEN READY WAITING FOR OFFICERS 10 MINS.

15 NOV

c) OFFICER GOT ME UP @ 9:35A FOR 9:30A VISIT (STACION CLARKE)
2. GRIEVANCES PROCEDURE 584/585

GRNC 21 DEC
CRNC-9A-8954-9834
CAROLYNE
MOLOSKI / WARNKESKI

a) NEVER RECIEVED COPY OF ANY GRIEVANCE
b) SELECTIVE ON RESPONSE TO GRIEVANCES OR LOST
c) GIVEN WRONG FORM - OFFICER DID NOT KNOW OF MED GRNC'
d) NO MORE BLANK FORMS - TOLD TO MODIFY 585 to 584 BY CARDS
e) I'M MADE OUT TO BE WRONG, 90% OF TIME, 'I KNOW OFFICER & THIS IS UNTRUE, JUST SIGN-OFF - LT FARMER
   f)

WE CAN REMIND)    ✓ PROCEDURES FOR ACTION REQUESTED (NOT JUST RESPONSE)

WARDEN
GILHOOLEY DEC

C. BUREAUCRACY & MISCARRIAGE OF JUSTICE
1. CONTEMPT OF COURT ORDER - REFUSAL TO TRANSFER I/M
TO DE STATE (HELP FOR EVALUATION) & TO BATHURST IMMEDIATE-
LY & DIRECTLY TIL DEATH - TRANSFER FOREVER SET-UP
a) DE STATE HELP NEVER RECEIVED COURT ORDER IN DOC RETAINED
ATTY FAXED INFO 20 DEC - DECKERS

17 NOV DOC
24 NOV
27 NOV
1 DEC

b) WARDEN'S OFFICE WAITING FOR BED SPACE
c) WARDEN'S OFFICE / ANNE - "A. GILL NOT IN DOC SYS"
d) MINOR MEMO-ORDER WRITES D.O.C. TO ARRANGE TRANSFER
e) C/O CAPTAIN SHOWS WARDEN MEMO TO COUNSELOR DEBRA @ DOC
WAITS FOR "ST. HOSPITAL TO CALL D.O.C."

4 DEC
L. TAYLOR
7 DEC
1 DEC - S. JONES
10 DEC

f) WARDEN'S OFFC - WARDEN PUT IN DOC SYSTEM, WAITING FOR
I/M TO BE IN HOSPITAL SYSTEM - ANNE / FAMILY CALLED
g) WARDEN'S MEMO - WAITING FOR BED SPACE SIGNED/ABC
h) FAMILY CALLED St HOSPITAL HAVE SEVERAL RUNS OPEN
i) SGT MOODY'S FACIAL - ORDER GET IM TO THE GREGG @ WM BS
CORRECTIONAL FACILITY

20 DEC

j) IT WAS WALKER TO SAY I AM FREE - DIDN'T GET MAIL TODAY,
WILL WALK INTO SYSTEM), HAVEN'T HEARD FROM WALKER
TO RESPOND TO WRITTEN OFFER CIVIL REQUEST FOR HELP

2. ATTY / LEGAL EFFECTIVENESS

12 NOV

a) PUBLIC DEFENDER OFFICE WOULD NOT REPRESENT I/M DUE
TO "CONFLICT OF INTEREST W/ CO-DEFENSE"
b) CT APPOINTED O'CONNELL LACK OF FOLLOW-UP?
- CT CREATED TRANSFER TO ST HOSPITAL
- SGD I/M ORDERS TO ALL DRS - DID NOT RECEIVE UNTIL 6 JAN
- REQUEST ALL HEARINGS / MOTIONS
- ATTY STATED @ PRELIMINARY HEARING IS NOW THAT HE (WOULD)
SCHEDULE BAIL REDUCTION HEARING THEN ON THE DAY
23 NOV, IT FAMILY, STATED NEVER SCHEDULED / REQUEST)
- WHEN I/M ALV A FEW DAYS CALLED NUMEROUS TIMES TO
DR WAKE AND / OR ARRANGE & ORDER TRANSPORT OF
I/M BUT ATTY DIDN'T RETURN CALLS, VISIT I/M
STOLD L. TAYLOR & S. CLARKE NOT TO CALL ANYMORE
HE WOULD CALL WHEN SOMETHING, WOULD EXPEDITE, ADJUST-
ING I/M LOCATION @ ST HOSPITAL

20/30 DEC

c) PAID LAWYER DECKERS?
- MISLEADING (LACK OF INFO), TELLING BAIL REDUCTION &
TRANSFER & TREATMENT WILL TAKE @ ST HOSP
- DISCOURAGING VALUE OF TRIAL
- OBTAIN PLEA, NO DEFENSE FOR ... NOT GUILTY PLEA DUE
TO INSANITY (NOT AMINE GAS TREATMENT) PT, RX, (SURGERY
CHIROPRACTOR, PSYCH OUT-PT IN MEDICATED), MOBILITY-
ASSIST (CANE, BRACES)
- FULL DISCLOSURE OF RIGHTS, HEARINGS, EVIDENCE, WITS
FAILURE OFFICE, PERJURY OF ARRESTING OFFICERS (HE WAS
AWARE OF

22 DEC - 28 DEC
TX/AM - GT/AM
10 JAN

d) DELAY LEGAL MAIL, 20 DEC - DECKERS
- FROM PAID ATTY DECKERS VS O'CONNELL
- FROM LAW LIBRARY - AMENDED - MEMOS FROM WHERE
DON'T MY COPIES, REQUESTS (OR PAID TUIT RECEIVED

10 JAN - WARDEN

3. D.O.C. DID NOT TRANSFER TO SCHEDULED COURT DATE DUE TO
HANDICAPPED VAN NOT AVAILABLE, SUMMONS DATED 27 DEC

5 CLARKE
4 NOV
·SEE LIST-10 NOV DOC

4. NEW HANOVER POLICE DEPT.
a) MISCONDUCT @ SCENE, HOTEL & # HEADQUARTERS
- ... THEFT / LOST RETURNED / CUSTODY ... EVIDENCE - SEARCH

**CHRISTOPHER A. COONS**
COUNTY EXECUTIVE



**GUY H. SAPP**
DIRECTOR OF PUBLIC SAFETY

DEPARTMENT OF POLICE

*May 2, 2006*

*Mr. Acrecious McGill*
*10 Aquilla Drive*
*New Castle, DE 19720*

*Dear Mr. McGill:*

*On May 1, 2006 a complaint was filed with the New Castle County Police Professional Standards Unit regarding the conduct of officers of the New Castle County Police Department. The complaint stems from the handling of drug investigation that occurred on November 4, 2004. You indicate that items of your property are missing from the motel room in which you were arrested. The items that you listed on your letter of complaint were not seized by the New Castle County Police Department and are not being stored. Only items pertinent to the arrest, such as contraband, were seized. If you did not make arrangements for your property to be retrieved, then I suggest you contact the motel to see what their policy is for the storage of abandoned property.*

*No violations of New Castle County Police Department Policy were found relating to your complaint. I thank you for bringing your concerns to our attention, and for allowing us the opportunity to address those concerns.*

*Sincerely,*

*Senior Sergeant Robert Larrimore*
*Professional Standards Unit*

INTERNAL AFFAIRS DEPT                    Ao McGill
36001 N. Dupont Hwy                      10 Aquilla Av
New Castle, DE 19720                     New Castle, DE 19720

27 JUL 05

RE: 4 Nov 04 - DET. SANTOS / TOWERS, RESPONDING
    OFFICERS, MOTEL 6 STAFF & SECURITY

TO WHOM IT MAY CONCERN:

ON THE DATE IN QUESTION ALL MY PERSONAL / MEDICAL PROP-
ERTY WAS LEFT BEHIND & STOLEN BY THE ABOVE MEN-
TIONED PEOPLE, INCLUDING BUT NOT LIMITED TO THE FOL-
LOWING ~~BUT NOT LIMITED TO THE FOLLOWING~~:

- PARKING PERMIT (HANDICAPPED)
- T.E.N.S. UNIT & SUPPLIES
- VALID MEDICATION · HYDROCODONE, SKELAXIN
  CELEBREX, PERCOCETT, DICLOFENAC FOR SEVERE
  CHRONIC PAIN CONDITION
- DVD PORTABLE PLAYER W/ PRIVATE DVD
  & CD (39) COLLECTION
- SEE DOCUMENT TO MOTEL 6 - W/ RECEIPT
  FOR KEYS ONLY
- NEXTEL ? 1000 CELL-PHONE

I AM REQUESTING AN INVESTIGATION INTO THE ARREST,
WARRANT & CHARGES FILED AGAINST THE ABOVE IN-
DIVIDUALS FOR 1ST DEGREE FELONY ROBBERY, 1ST
DEGREE CONSPIRACY TO COMMITT ROBBERY, ABUSE
OF POWER, CONDUCT UNBECOMING OF AN OFFICER
& / OR FALSIFYING A POLICE REPORT TO WHOM THEY
MAY APPLY. THANK YOU FOR YOUR ANTICIPATED

COOPERATION IN CORRECTING THE ON-GOING COR-
RUPTION & HOLDING THEM ACCOUNTABLE FOR THEIR
ACTIONS THAT VIOLATED MY CIVIL & AMERICANS
WITH DISABILITIES ACT.

PEACE

ACREILUS MCGILL

12 Nov 04

Acrecious McGill
H.R.Y.C.I.
P.O. 9561
Wilm, DE 19800
SBI: 271388

Hotel 6 % MGR
New Castle, DE 19720

RE: Return of Personal Property
    Left by Police - RM 205

I AM WRITING THIS LETTER TO AUTHORIZE THE
RELEASE OF ALL THE FOREMENTIONED TO
THE HOLDER OF THIS LETTER. THE FOLLOW
ING IS A LIST OF ITEMS MISSING:
  - HANDICAP PLACARD
  - PORTABLE 7" MONITOR DVD PLYR w/ ACCS & REMOTE
  - 11 PROMO DVDs
  - APPROX 30+ CDs IN BLACK CASE
  - MEDICAL TENS UNIT & PADS & WIRES
  - BLUE PEACOAT
  - CUSTOMIZED NAME BELT 'ACRECIOUS'
  - BLUE CARRYING BAG
  - BUSINESS PLAN OUTLINE
  - PRIVATE SESSION ENT. WORLD of PRODUCTS CATALOG
  - BEADED I.D. CHAIN w/ BUS CARDS, REDUCED DART BUS PASS
    3 CONSECUTIVE WEEK BUS PASS
  - 2 RED UTILITY KNIVES
  - 2 SETS OF KEYS

- 2 BLACK MAG FLASHLIGHTS SM. MED.
- EPI PEN SELF-INJECTOR FOR ALLERGIES
- Rx - HYDROCODONE, SKELAXIN, DICLOFENAC, CREME
- AA / AAA ENERGIZER BATTERIES 6
- MARKERS  BLACK FAT / FINE POINT
- WORK @ HOME AUDIO TAPE
- COWRIE SHELL NECKLACE ON TAN THREAD
- CONTACT LENS & SOLUTION (MULTI / SALINE)
- COIN COLLECTION QUARTERS, HALF, DOLLAR
- LOUIS VUITTON WALLET & POUCH

THANK YOU FOR THE RELEASE OF THE ABOVE ITEMS,
AND I APOLOGIZE FOR ANY INCONVENIENCES.

✓✓ P.O.C: ALESHA  HOUSEKEEPING

**RECEIPT**

DATE: 11-8-04
No. 152633

FROM: Room 105
2 set of key

FOR RENT/FOR: Dillie Taylor
BY: Eufema

Document 1 of 1

**Source:**
Delaware Code/TITLE 21 Motor Vehicles /PART III Operation and Equipment /CHAPTER 41. RULES OF
THE ROAD /Subchapter IX. Reckless Driving; Driving While Intoxicated / § 4177K. Revocation of license for
persons convicted of all drug offenses.

## § 4177K. Revocation of license for persons convicted of all drug offenses.

(a) Except as provided by § 1012 of Title 10, any person who pleads guilty to or is convicted of,
including a guilty plea or conviction pursuant to § 4764 of Title 16, possession of a controlled
substance under §§ 4752, 4753, 4754, 4754A of Title 16, or any drug offense under Chapter 5 of
Title 11 or under any law of the United States, any state of the United States or any local jurisdiction
or the District of Columbia, or who is adjudicated delinquent as a result of acts which would
constitute such offenses if committed by an adult, shall, in addition to any and all other penalties
provided by law, have the person's driver's license and/or driving privileges revoked by the Secretary
for a period of 2 years from the date of sentencing.

(b) Any person who pleads guilty to or is convicted of, including a guilty plea or conviction
pursuant to § 4764 of Title 16, a violation of § 4751, § 4752A, § 4753A, § 4755, § 4756 or § 4761 of
Title 16, or who is adjudicated delinquent as a result of acts which would constitute such offenses if
committed by an adult, shall, in addition to any and all other penalties provided by law, have the
person's driver's license and/or driving privileges revoked by the Secretary for a period of 3 years
from the date of sentencing.

(c) In cases where this section is applied, the Court shall immediately take possession of any
Delaware issued driver's license and forthwith forward it to the Secretary, together with notification
that revocation pursuant to this section has been implemented.

(d) When a driver's license is revoked pursuant to this section for a misdemeanor conviction only,
after 6 months have elapsed from the day the revoked license reaches the motor vehicle office, any
such individual not in violation of probational requirements regarding substance abuse treatment
shall be permitted to apply for a conditional license.

(e) When a driver's license is revoked pursuant to this section for any felony conviction, after 1 year
has elapsed from the day the individual is sentenced, any such individual not in violation of
probational requirements regarding substance abuse treatment, shall be permitted to apply for a
conditional license.

(67 Del. Laws, c. 148, § 1; 67 Del. Laws, c. 429, §§ 6-8; 69 Del. Laws, c. 125, §§ 3, 4; 69 Del.
Laws, c. 190, § 2; 70 Del. Laws, c. 186, § 1; 73 Del. Laws, c. 408, § 2; 73 Del. Laws, c. 414, § 2; 74
Del. Laws, c. 273, § 2.)

© 2005 by The State of Delaware and Matthew Bender & Company, Inc., a member of the LexisNexis Group.
All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew
Bender Master Agreement.



# STATE OF DELAWARE
## DIVISION OF MOTOR VEHICLES
## APPLICATION FOR SPECIAL LICENSE PLATE OR SPECIAL PARKING ID PLACARD FOR PERSONS WITH DISABILITIES

**FOR OFFICE USE ONLY**

Parking ID Placard No:_____

Date Issued:_____

Expires:_____

**FOR OFFICE USE ONLY**

Special Parking Plate No:_____

Date Issued:_____

**(DO NOT WRITE ABOVE THIS LINE)**

**APPLICANT: COMPLETE THIS SECTION BEFORE PHYSICIAN CERTIFICATION**

Applicant's Name: _Avecious M. McGill._
*(Please Type or Print)*

Street Address: _10 Aquilla Ave_

City, State, Zip Code: _New Castle ; DE , 19720 - 1302_

## LONG TERM LICENSE PLATE OR PLACARD ONLY

> **INDIVIDUAL MUST BE OWNER OF VEHICLE OR HOUSEHOLD MEMBER TO QUALIFY FOR A SPECIAL LICENSE PLATE (COMPLETE BELOW)**
>
> Tag Number:_____        Make & Year of Vehicle:_____
>
> Expiration Date:_____     Serial Number: _____
>
> Driver's License Number:_____     Gross Weight of Vehicle:_____
>                                                         *(14,000 lb. limit)*
>
> **NOTE: A new application must be completed and signed by your physician prior to renewing your vehicle registration.**

> **COMPLETE THIS SECTION IF APPLYING FOR A SPECIAL PARKING ID PLACARD**
>
> **NEW ☐          RENEWAL ☒          REPLACEMENT ☐**
>
> I am applying for a special parking ID placard. I understand that it must be displayed on the rearview mirror of the vehicle whenever such vehicle is parked in a disabled parking space. This placard must be removed when the vehicle is in motion. I also understand that the placard expires in three (3) years and must be renewed
>
> **NOTE: A new application must be completed and signed by your physician prior to renewing your placard.**

**\*\*\*NOTE: INDIVIDUALS WHO ARE 85 YEARS OF AGE OR OLDER ONLY NEED TO SHOW PROOF OF AGE TO OBTAIN A SPECIAL PLACARD. DATE OF BIRTH:_____**

**THE FOLLOWING SECTION MUST BE COMPLETED BY YOUR PHYSICIAN**

Eligibility, by law, for a long-term plate or placard is restricted to permanent disabilities with no prognosis for improvement. (NO OTHER PERSON IS ELIGIBLE FOR A LICENSE PLATE OR PLACARD) A physician must certify this application. Applicant must meet one of the following requirements with **no prognosis for improvement**:

☒. Cannot walk 200 feet without stopping to rest.

☐2.     Cannot walk safely without the use of or assistance from a brace, cane, crutch, another person, prosthetic device, wheelchair or other assistive device.

☐3.     Is restricted by lung disease to such an extent that the applicant's or household member's forced (respiratory) expiratory volume, one second, when measured by spirometry, is less than one liter or the arterial oxygen tension is less than sixty mm/hg. at room air or rest.

☐4.     Uses portable oxygen.

☐5.     Has a cardiac condition to the extent that the applicant's or household member's functional limitations are classified in severity as Class III or Class IV according to the standards set by the American Heart Association.

☐6.     Is severely limited in his or her ability to walk due to an arthritic, neurological or orthopedic condition.

## TEMPORARY PLACARD ONLY

NEW ☐                    RENEWAL ☒                    REPLACEMENT ☐

I am applying for a temporary special parking ID placard. I understand it must be displayed on the rearview mirror of the vehicle whenever such vehicle is parked in a disabled parking space. This placard must be removed when the vehicle is in motion. I also understand that the placard has an expiration date and may be renewed. **NOTE: A new application must be completed and signed by your physician prior to renewing your placard.**

Eligibility, by law, for a temporary special parking ID placard is restricted to a physical disability that is not permanent, but that substantially limits or impairs the applicant's or household member's ability to walk for **not less than five (5) weeks,** and which is so severe that the person would endure a hardship or be subject to a risk of injury without a temporary special ID placard. (NO OTHER PERSON IS ELIGIBLE FOR A SPECIAL PARKING ID PLACARD.) *THE TEMPORARY SPECIAL PARKING ID PLACARD ISSUED TO THE APPLICANT IS LIMITED TO*          *DAYS (MINIMUM 35 DAYS/MAXIMUM 90 DAYS.)*

**\*\*\*PHYSICIAN MUST PROVIDE HIS OR HER CERTIFICATION BELOW.**
I certify, under penalty of law, that the above information concerning the applicant is true and correct, and that the applicant or household member meets the requirements specified above for the long-term special license plate/parking ID placard or temporary special parking ID placard.

Date:_____            Signature of Physician: *LIVE* _____

PRINT NAME, ADDRESS AND TELEPHONE NUMBER OF LICENSED PHYSICIAN:

_Rawnn Brammle_ (Physician's Name)            (302) 655-4187
                                              (Verification Telephone Number)
601 Newcark Av. (Street Address or P.O. Box)      Ross Rurt
                                              (Verification Contact Name)
Wlmington De 19801 (City, State and Zip)

I certify, under penalty of law, that the above information is true and correct. I also understand that false representation by me can lead to penalties as provided by law as follows: Any person who is not disabled, as defined above, and who intentionally and falsely represents that such person has the qualifications to obtain such a special license plate or parking ID placard in an attempt to obtain such plate or placard shall for the first offense be fined $100. For each subsequent like offense, the person shall be fined $200, or imprisoned not less than 10 nor more than 30 days, or both.

<u>NOTE: I understand the special license plate and/or parking ID placard must be returned when no longer needed.</u>

Signature of Applicant:_____            Date: _1 APR 06_

Approved:_____
          Name of DMV Specialist

Doc. No. 45-07-02-08-1

# FAX

<div style="text-align:right">

**Bureau of Community Correction**
**Central Records**
**511 Maple Parkway**
**Dover, DE 19901**

</div>

Date: _____

Number of pages including cover sheet: _____

To: _PCRECIOUS MCGILL_

From: _Cheryl ARsenault_

_____

_____

_____

Phone: _____

Fax Phone: _____

CC: _____

Phone:        302-739-5387

Fax Phone:    302-739-7486

## REMARKS:

☐ Urgent  ☐ For your review  ☐ Reply ASAP  ☐ Please comment



02/01/2005  15:01    3022552266              PROTHONOTARY              PAGE  01/01

## SUPERIOR COURT OF DELAWARE
## NEW CASTLE COUNTY

X VIDEO (fax to institution)  __ COURTROOM (hand to officer/fax to institution)

This commitment/release is effective pursuant to the dispositions noted below.

| Case ID Number 0411003073 | Date 02/01/05 | |
|---|---|---|
| Defendant Name **ACRECIOUS M. MCGILL** | SBI 00374388 | DOB 08/29/78 |
| AKA | | |

(Circle either Commitment or Release and check appropriate blocks)

| | |
|---|---|
| __ In Default of Bail: | **X** Bail Reduced to Unsecured/Own Recognizance (Defendant must sign bail bond) |
| __ Bail Set Secured | ___ Bail Posted |
| __ Bail Increased to Secured | |
| ____ Bail Revoked pursuant to statute upon conviction | ____ All charges dismissed for this ID number |
| __ Bondsperson Relieved | ____ All charges nolle prossed for this ID number |
| Other: ____ | Other: ____ |

Next Proceeding (Type, Date & Time):  **CASE REVIEW 02/07/05**

(Bail Changes: Fill in only if bail is changed or set.)

| Criminal Action Number | Bail Amount and Type |
|---|---|
| IN 04110827 PFDCF | $ 30,000.00 UNSEC |
| IN 04110828 PWITD NSII CS | $ 10,000.00 UNSEC |
| IN 04110829 MAINT DWELLING | $ 1,500.00 UNSEC |
| IN 04110830 CONSP. 2ND | $ 1,000.00 UNSEC |
| IN 04110831 POSS DRUG PARAP | $ 500.00 UNSEC |

Bail Conditions: **X** Pretrial Services Supervision  __ Drug/Alcohol Testing/Treament  __ No Contact
**CURFEW: 9 PM - 9 AM, EXCEPT FOR MEDICAL TREATMENT**

| Judge: **REYNOLDS** | Clerk: **WEST** |
|---|---|

**Sharon Agnew**
PROTHONOTARY                          INSTITUTION RECEIPT

Institution Housing Inmate: **X** GM __ DCC __ ICI __ WCF _ WCI __ MCI ____ SWRC ____ PC __ Other

Original - Court    CC: DOC/Institution (via officer and/or fax) - Defendant



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF COMMUNITY CORRECTIONS
PROBATION AND PAROLE
CHURCHMAN'S INDUSTRIAL CENTER
26 PARKWAY CIRCLE
NEW CASTLE, DELAWARE 19720

*Today's date is* 3/28

TELEPHONE: (302) 323-6050

*Your next scheduled appointment is on Wednesday* 4/20 *between the hours of
10:00 a.m. and 5:30 p.m. excluding 12:00 to 1:00 p.m. If you are unable to keep this
appointment, please call me as soon as possible at (302)323-6050 Ext. 258, between
the hours of 8:00 a.m. and 4:30 p.m., Monday thru Friday.*

BVann

Officer Linda L. Vann

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_____
            Plaintiff
              V.
_____
         Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

⬚   Petitioner/Plaintiff/Movant        ☐  Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☐ Yes     ☐ No     (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____
    *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
    institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet
    is not required for cases filed pursuant to 28:USC §2254.*

2.  Are you currently employed?     ☐ Yes     ☐ No

    a.   If the answer is "YES" state the amount of your take-home salary or wages and pay period and
         give the name and address of your employer.

    b.   If the answer is "NO" state the date of your last employment, the amount of your take-home
         salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.   Business, profession or other self-employment        ☐ Yes     ☐ No
    b.   Rent payments, interest or dividends                 ☐ Yes     ☐ No
    c.   Pensions, annuities or life insurance payments       ☐ Yes     ☐ No
    d.   Disability or workers compensation payments          ☐ Yes     ☐ No
    e.   Gifts or inheritances                               ☐ Yes     ☐ No
    f.   Any other sources                                   ☐ Yes     ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount
    received *AND* what you expect you will continue to receive.

#4

If "Yes" state the total amount $ _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

□ Yes    □ No

If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

_____                _____
DATE                                              SIGNATURE OF APPLICANT

_____

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account his/her credit at (name

of institution) _____.

I further certify that the applicant has the following securities to his/her credit:

_____.

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____.

_____                _____
Date                                              SIGNATURE OF AUTHORIZED OFFICER

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

No FORM # 584   TOLD TO USE MED & MODIFY  TO GEN. offer Nclozynk

## FORM #584

### MEDICAL GRIEVANCE

FACILITY:_____          DATE SUBMITTED:_____

INMATE'S NAME: _____          SBI#:_____

HOUSING UNIT: _____          CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____.

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____          DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL BE TREATED IMMEDIATELY. OTHERWISE MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

MEDICAL GRIEVANCE FORM #585
Page two

## SECTION #2

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY
MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR
AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.: _____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT: _____ GRIEVANT SIGNATURE: _____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

## SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____ DATE:_____

ORIGINAL: INSTITUTION FILE                                    COPY: GRIEVANT



**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
1301 EAST 12ᵀᴴ STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

### *MEMORANDUM*

TO:     *Acrecious McGill, 274388*
        *Infirmary*

FROM:   *Warden Raphael Williams*

DATE:   *December 31, 2004*

SUBJ:   **YOUR RECENT CORRESPONDENCE**

   *Your name appears on the transfer wait list for Delaware Psychiatric Center. You cannot be transferred to that facility until bed space becomes available. As soon as bed space is available, the Center will notify us with a transfer date.*

*RW:adc*

**DISTRIBUTION**

*File*

1/10/05

<u>mail Complaints</u>

<u>Wrote</u>: Cpl. Dion
         mail Room
         In House mail

11- 1271, 1272  already sent to you
we Recd it Back Today 1/10/05
<u>write your lawyer @ the sentencing Judge</u>
About the State Hosp Issue

2ND NOTICE

27 DEC 04                                    Mc GILL, ACRECIOUS
                                            274388 / INF-202


RE: DISMISSAL OF CHARGES, DUE TO BUT NOT LIMITED TO,
        CONTEMPT OF COURT ORDER, 16 NOV 04.


WARDEN WILLIAMS:


I AM WRITING THIS LETTER IN RESPONSE TO NEWLY DISCOVERED
EVIDENCE FROM A RETAINED LAWYER, JOHN DECKER, TO OUR
                                & MEDICAL STAFF,
UTTER DISMAY, WE LEARNED D.O.C NEVER SUBMITTED W/ DELIBRT
INDIFF. 2 MY HEALTH, REHAB, CORRECTIVE TR & A COURT ORDER,
NEVER DID SBMT ORD TO DE PSYCH CNTR. DESPITE NUMER-
OUS ATTEMPTS TO INFORM BOTH PARTIES, BY US TO COMPLY W/
IMMED. & DIRCT TRANS 4 EVAL, TR & 2 REMAIN @ HOSP 'TIL
STABLE, PER JUDGE McDONOUGH, I RECVD THE FOLLWNG:
        - SGT MOODY, 10 DEC - STATES ORDR SNT 2 MR GREGG @
          WEBB CORR. FAC. RESP 2 GRV# 9376.
        - WARDENS, 7 DEC - STATES NAME ON WAITNG LIST @
          DE PSYCH CNTR W/ DISTRBTN; NS RENEE WALKER
        - NO COPIES / RESPONSE FROM ANY MED. GRVC DATED (2)
          17 NOV & 13 DE, IN WHICH ALSO STATES LIFE-THREATEN-
          ING CONDITIONS & HARDSHPS DUE 2 MED MALPRACTICE
          BY DR's INNE & ARAMBORO; ALLERGIC / CONTAMINATED
          FOOD (SEE ENCLOSED) FOUND IN BRKFST.
SOMEWHERE, SOMEONE, DOC. / 1ST COR. MED, IS CAUSING A GREAT
INJUSTICE. DURING THESE LAST 6 WKS, I'VE SUFFERED CRUEL &

HOUR (UNSTABLE SPINAL INJURY & GROWTH IN L-KNEE).
NOW I'VE BEEN DIAGNOSED W/ SEVERE DEPRESSION &
SINUS INFECTION, DUE TO UNSANITARY INFIRMARY. BEFORE
ANYMORE IRRAPABLE DAMAGE OR DEATH OCCURS, I REQUEST
THE FOREMENTIONED BE DONE IMMEDIATELY W/ UNTOLD MED. & LEG
IN ORDER TO GET CORRECTIVE PROCEDURE, PER DR. ROSE & A
SUCCESSFUL WHOLISTIC REHAB INTO COMMUNITY.

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:            Acrecious McGill            Inf.

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:         12-23-04

RE:            MEDICAL GRIEVANCE # 04-9831

Please be advised that your medical grievance has been received in the office

of the Grievance Chair. In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis. Thank you for your patience.

C/O WARNKESSEL

**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____     DATE:_____

GRIEVANT'S NAME:_____     SBI#:_____

CASE#:_____     TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____     DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV



**FIRST**
**CORRECTIONAL**
**MEDICAL**

# HEALTH CARE REQUEST FORM
(PETICION PARA TRATAMIENTO MEDICO)

**PART A: (To be completed by inmate)**                                    DATE: _22 DEC 07_
(PARTE A: Completado por preso)                                            (Fecha)

**Inmate's Name** _McCray, Agustus_                    **Number:** _274388_
(Nombre de preso)                                                       (Numbero)
**Work Assignment:** _____                  **Work Hours:** _____  **Housing Unit:** _Bldg /242_
(Trabajo)                                              (Horas de trabajo)        (Dorma)
**Reason for Medical Appointment:** _medico in MED Co ____ ____ Personal ____
(Razon para tratamiento medico) _Arthritis (both knees), sore groin_

**How long have you had this problem?**     **Hours:** _____  **Days:** _22_
(Cuanto tiempo tienes con este problema?)   (Horas)              (Dias)

**PART B: (To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - No escribas debajo de esta linea)

**Medical Reply:** _____
_____
_____
_____

_____            _____
**Medical Staff Member's Signature**                      **Date**

**FORM #584**

**GRIEVANCE FORM**

FACILITY: H. R. Y. C. I.    DATE: 20 DEC 04 -21

GRIEVANT'S NAME: McGill, Acrecious    SBI#: 279388

CASE#: 04110 3073    TIME OF INCIDENT: AM / PM

HOUSING UNIT: INF - 202

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

SENT ME TO VISIT &

GUARD ON-DUTY A DID NOT INFORM FOOD SERVICE A I    WORKER
HAD VISIT & UPON RETURN NO BREAKFAST & LEFT FOR
ME TO EAT. FOOD CART REMOVED FROM UNIT.

RECIEVED CONTAMINATED BREAKFAST & LUNCH - BREAK-
FAST HAD LARGE DARK OBJECT IN IT & LUNCH HAD
LONG STRINGY HAIR IN SALAD.

ALLERGY TO SHELLFISH & I'VE BEEN SERVED CRAB/SEAFOOD
DISHES 3X.

ACTION REQUESTED BY GRIEVANT: INVESTIGATE PROCEDURES &
PREPARATIONS. PLEASE SEND COPIES OF ALL GRIEVANCES
SUBMITTED TO DATE, THANK YOU.

GRIEVANT'S SIGNATURE: _____    DATE: 22 DEC 04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  X (NO)    25 DEC 04

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _H. R. Y. C. I_                    DATE: _27 DEC 04_

GRIEVANT'S NAME: _McGILL, ACRECIOUS_     SBI#: _274388_

CASE#: _____       TIME OF INCIDENT: _APPROX 1A_

HOUSING UNIT: _INF. - 202_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_WHILE I WAS ASLEEP NURSE LISA, HOUSING OFFICER SCHRACK, WHITE MALE_
_WHT. SHIRT OFFICER & TALL SLENDER WHITE SECURITY OFFICER WERE ATTENDING TO_
_CELL MATE WALKER, ROBERT #062909 EMERGENCY MEDICAL CONDITION._
_NURSE LISA WOKE ME STATING " YOU BETTER GET YOUR COOKIES, IF YOU_
_WANT THEM, THE WHITE SHIRT OFFICER WANTS THE ZIPLOCK BAG" AFTER_
_EMPTYING CONTENTS & HANDING OVER BAG I NOTICED THE FOLLOWING_
_ITEMS MISSING: MAGNET / BOOKMARKER w/ SCRIPTURE ON IT GIVEN BY_
_CHARITABLE GROUP - BOTTLE OF WATER - CONDIMENTS - TOOTHBUSH - A & D OINT-_
_MENT - HYDROCORTIZONE CREME - CUPS (LAST ITEM(S) GO MISSING FROM INF._
_ALL THE TIME DUE TO OFFICERS / STAFF TAKING THEM), ONLY MY ITEMS TAKEN/_
_DISCARDED._

ACTION REQUESTED BY GRIEVANT: _INVESTIGATE, REPLACE ITEMS TAKEN/_
_DISCARDED, VERBAL & WRITTEN APOLOGY, RELEASE FROM ABUSIVE, LIFE-_
_THREATING PRISON & UNTOLD DAMAGES FOR MENTAL PHYSICAL ABUSE._
_____
_____

GRIEVANT'S SIGNATURE: _A. McGILL_            DATE: _22 DEC 04_

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____       DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**April '97 REV**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: H.R.Y.C.I.

INMATE'S NAME: McGILL, ACRECIOUS

HOUSING UNIT: INF / 202

DATE SUBMITTED: 19 DEC 04

SBI#: 274388

CASE #: 04/1003073

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: DEC 04

TYPE OF MEDICAL PROBLEM: EMERGENCY

ALL MONTH THE VENTS HAVE BLOWN OUT COLD
AIR. I HAVE CHRONIC ARTHRITIS PAIN DOWN TO
MY BONES & JOINTS. WE DO NOT HAVE CLEAN
BED LINEN TO COVER-UP IN (SHEETS, BLANKETS ETC...)
MY SINUSES HAVE BEEN INFECTED & OTHERS HAVE
HAD COLD & FLU SYMPTOMS (INMATES/OFFICERS) DUE TO
HARSH, CRUEL, UNHEALTHY CONDITIONS.

GRIEVANT'S SIGNATURE: _____    DATE: 19 DEC 04

ACTION REQUESTED BY GRIEVANT: INVESTIGATE, FIX THERMOSTAT,
TURN ON HEAT, GIVE US CLEAN/MORE BED LINEN.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

C/o ~~HESSELBECK~~ SIGNOD-OFF ON MODIFIED
WARNKESSEL

## FORM #~~598~~

## ~~MEDICAL~~ GRIEVANCE

FACILITY: H.R.Y.C.I.

DATE SUBMITTED: 17 DEC 04

INMATE'S NAME: McGILL, ACREEIOUS

SBI#: 00274388

HOUSING UNIT: INF - 202

CASE #: 0411003073

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF ~~MEDICAL~~ INCIDENT: 13 DEC 04

TYPE OF ~~MEDICAL~~ PROBLEM:

INMATE POTTER, WALTER SBI # 254107 WAS TRANSFERED
OUT OF INFIRMARY 13 DEC 04, & DID NOT RETURN MY
PICK I LET HIM USE TO COMB-OUT HIS HAIR THE
DAY BEFORE. ~~BEFORE~~ I PINNED /SCRATCHED MY INITIALS
AM ON THE AFRO-PICK PURCHASED, 11 NOV 04, ORDER
RECEIPT # B40861. WHEN I ASKED HIS CELL MATE
HUNT, RICHARD HE STATED 'HE DID NOT LEAVE IT, HE TOOK THAT
WITH HIM' THEY BOTH MAYBE ON IC.

GRIEVANT'S SIGNATURE: _(signature)_        DATE: 17 DEC 04

ACTION REQUESTED BY GRIEVANT: PLEASE, INVESTIGATE & RETURN MY
PROPERTY SO I MAY CONTINUE TO GROOM MY HAIR
~~& I AM INDIGENT  W/O $~~

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

19 Dec 04                                   McGill, Acrecious
                                            SBI # 274388   INF-202

RE: Court of Common Pleas Order, dated 16 Nov 04

THE JUDGE ORDERED DOC TO IMMEDIATELY TRANSFER
ME TO DE STATE HOSP FOR EVALUATION & TREATMENT.
ALL I HAVE RECIEVED IS MALPRACTICE IN THE
INFIRMARY & THE RUN AROUND WITH PAPERWORK
OF WHO IS RESPONSIBLE FROM THE MED STAFF
TO WARDEN'S OFFC. I AM PERMANENTLY DISABLED
(SSI/DIS 113 56 9811) WITH ARTHRITIS, SPINAL CORD
INJURIES (C/L SPINE, MRI), BI-LATT KNEE DAMAGE (MRI)
W/ NERVE & HEAD (L-CONCUSSION) TRAUMA. PLEASE HELP
ME TO GET CORRECTIVE PROCEDURES (DR. BOSE) &
REHAB NOT AVAILABLE HERE IN INFIRMARY.

Ms. WALKER
INFIRMARY SOC. WORKER

13 DEC 09

McGILL, ACRECIOUS
SBI # 274388 / INF 202

RE: TRANSFER TO ANOTHER FACILITY DUE TO EMERGENCY
MEDICAL CONDITION.

DEAR GERRY GREGG,

I AM WRITING THIS LETTER TO APPEAL TO YOU TO
TRANSFER ME TO DE STATE HOSPITAL FOR EVALUATION
& TREATMENT. PER COURT ORDER DATED 16 NOV 09
AND MEMO FROM SGT. MOODY, 10 DEC 09,
STATING ORDER FORWARDED TO YOU VIA WEBB
CORRECTIONAL FACILITY. I AM PERMANENTLY DISABLED
DUE TO SEVERE CHRONIC PAIN
(SSI/DIS 113 56 9811) FROM DEGENERATIVE BONE DISEASE,
ARTHRITIS, SPINAL CORD INJURIES (C/L SPINE), BI
LATT KNEE DAMAGE W/ NERVE & HEAD (CONCUSSION)
TRAUMA. PLEASE HELP ME TO GET CORRECTIVE
PROCEDURES & REHAB NOT AVAILABLE HERE IN
& EQUIP I HAVE CONSULTED W/
INFIRMARY PER DRS & MED STAFF. DR. ROSE, NEEDS
2ND OPINION TO PROCEED W/ SURGERIES

THANK YOU
[signature]

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

*TO:*        *I/M Acrecioius McGill, Infirmary*

*FROM:*      *Sgt. M. Moody, Inmate Grievance Chair*

*DATE:*      *12/10/04*

*RE:*        *Grievance #9376*

*Please be advised that this response covers the above grievance, which was a non-grievable issue, however, on your behalf it was forwarded to the Records Department for review. According to the Records Department Gerry Gregg or Debbie O'Hanlon sends inmates to the State Hospital through the Webb Correctional Facility. The order from the court has been sent to Mr. Gregg.*

*If you should have any further questions or concerns, you need to writhe to Mr. Gerry Gregg at the Webb Correctional Facility.*

*cc:*        *file*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Arecious MGill_ _Inf._

FROM:      Sgt. Moody, Inmate Grievance Chairperson

DATE:      _12-9-04_

RE:        YOUR RECENT GRIEVANCE #04- _9316_

This memo is to inform you that the grievance submitted by you dated _11-29-04_ , regarding
_____ _transfer_ _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health. and/or
welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

_____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the hearing decision. Complete an appeal form and mail it to the facility Hearing Officer within 24
hours of receiving the form.

_____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

_____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_____ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a
grievance.

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

_____ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____
for clarification and/or direction.

_X_ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct). HOWEVER, ON YOUR BEHALF A COPY OF THIS GRIEVANCE HAS BEEN FORWARDED TO THE FACILITY TREATMENT ADMIN & RECORDS DEPT FOR REVIEW.

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

____ Other: Requests are not processed through the grievance procedure.

____ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

HAND WRITTEN COPY. DUE TO LACK OF COPYING ACCESS & VIOLATION OF GRIEVANT RIGHT TO CC PER BOTTOM OF GRIEVANCE FORMS # 584/585. I PRAY THAT YOU WILL ACCEPT THIS AS A COPY OF WHAT WAS SENT TO ME IN RESPONSE.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12ᵀᴴ STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

TO:        *Acrecious McGill, 274388*
           *Infirmary 202*

FROM:      *Warden Raphael Williams*

DATE:      *December 7, 2004*

SUBJ:      **YOUR RECENT CORRESPONDENCE**

*Your name is on the waiting list for bed space at the Delaware Psychiatric Center. As soon as bed space is available, you will be transferred.*

*RW:adc*

**DISTRIBUTION**

*Renee Walker, Counselor*
*File*

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
CLASSIFICATION/TREATMENT UNIT

## M E M O R A N D U M

TO:        Inmate Acrecious McGill #274388 Infirmary

FROM:    Pamela A. Minor, Treatment Administrator

DATE:     Monday, November 29, 2004

RE:        Response To Correspondence

Writer is in receipt of a letter from you regarding **a transfer to the Delaware State
Hospital for evaluation and Treatment.** Be advised that writer does not have the
authority to initiate such action; however, a Court of Common Pleas order dated
November 16th instructs DOC to arrange for your transfer to the Psychiatric Center.
Based on the court order I would imagine that your request would be carried out. I
suggest that you be patient, because there is a procedure that must be followed.
Additionally, your Grievance Forms are being returned to you, because this office cannot
process them.

Cc: File

23 NOV 04                                    ACRECIOUS McGILL
                                             SBI # 279388   INF-202


RE: TRANSFER TO ANOTHER FACILITY DUE TO EMERGENCY
      MEDICAL CONDITION.


DEAR PAMELA MINOR,


I AM WRITING THIS LETTER TO APPEAL TO YOU
TO TRANSFER ME TO DE STATE HOSPITAL FOR
EVALUATION & TREATMENT PER COURT JUDGE,
12 NOV 04, CASE # 0411003073 AND MEMO
FROM SGT. MOODY, GRV #04-5855, 17 NOV 04.
I AM PERMANENTLY DISABLED (SSE/DIS 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)
WITH ARTHRITIS, SPINAL CORD INJURIES (C/L-SPINE),
BI-LAT KNEE DAMAGE W/ NERVE & HEAD (CONCUSSION)
TRAUMA. I AM ONLY BEING TREATED W/ MOTRIN OR
TY³ FOR ALL MY SYM (SEE GRIEVANCE). PLEASE HELP
ME TO GET CORRECTIVE PROCEDURES & REHAB NOT
AVAILABLE HERE IN INFIRMARY.


                    THANK YOU
                    A. McGill

# Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:          Inmate Acrecious McGill, Infirmary

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        11-17-04

RE:          GRIEVANCE #04-8857

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding personal property.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC). Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _H.R.Y.C.I._

INMATE'S NAME: _Mc GILL, Acricious_

HOUSING UNIT: _FNF  24_

DATE SUBMITTED: _3 DEC 04_

SBI#: _274382_

CASE #: _0711003073_

_____

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _2 DEC 04  300 HRS_

TYPE OF MEDICAL PROBLEM: _EMERGENCY_

PERMANENT DISABLED W/ CHRONIC SEVERE PAIN DUE TO: SPINAL CORD DAMAGE, BI-LAT KNEE & NERVE DAMAGE, CONCUSSION & DEGENERATIVE BONE DISEASE; OUT-P. PENDING MAJ. CORRECTIVE SURGERY W/ DR BOSS, NEED 2ND OPINION. DR ARANDARUH W/ FEMALE MED. STAFF (DR. INVA) KEEPS MAKING NEGATIVE, DEGRADING & HOPELESS COMMENTS, REDUCING PAIN RELIEF MEDS W/O NOTICE & OMITT Rx FOR MED CONDT. DIAGNOSISED ON 19 NOV FROM X-RAYS TAKEN 11 NOV. IN ADDITION, MY DELIBERATE INDIFFERENCE & CRUELTY DRS REPEATEDLY STATE 'YOU'LL HAVE A LIFE OF PAIN & SURGERY WILL NOT HELP.' AFTER RESTATING JUDGES ORDER (16 NOV) IMMEDIATE TRANSFER TO ST HOSP FOR EVAL & TR DR SAYS 'ALL MED STAFF HU SAME ATTITUDE HERE & THERE.' UNDER CURRENT MED STAFF's CARE, I'M LEFT HELPLESS & HOPELESS FOR CORRECTIVE SURGERY & REHAB OF OLD & NEW CONDITIONS, DUE TO THESE & OTHER REPORTED ACTIONS & LACK OF MY MED CONDITION IS WORSENING.

GRIEVANT'S SIGNATURE: _A. McGill_          DATE: _3 DEC 04_

ACTION REQUESTED BY GRIEVANT: _INSPECT & INVESTIGATE MED. STAFF & INFIRMARY FOR MALPRACTICE HEALTH & SAFETY CODE VIOLATIONS. BEING IN CONTEMPT OF COURT ORDER DATED 16 NOV, TRANSFER / RELEASE McGILL, ACRECIOUS IMMEDIATELY FOR ST. HOSP FOR CORRECT SURGERY & REHAB. THAT'S NOT AVAILABLE OR BEING AFFORDED ☞ HERE. WHERE A 'SEVERAL BEDS ARE OPEN' @ ST. HOSPITAL_

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #594**

**GRIEVANCE FORM**

FACILITY: H. R. Y. C. I.

DATE: 29 Nov 04

GRIEVANT'S NAME: McGill, ACREEIOUS

SBI#: 279388

CASE#: 04116 03073

TIME OF INCIDENT: 1630 HRS

HOUSING UNIT: TNF

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

DCC IS CURRENTLY IN CONTEMPT OF COURT ORDER DATED 16 NOV TO IMMEDIATELY
TRANSFER, MCGILL, ACREEIOUS TO DE. ST. HOSP. FOR EVALUATION & TREATMENT FOR
MENTAL & PHYSICAL INCAPABILITY IN CT. 12 NOV. CONTACT W/ ST. HOSP. SHOWS SEVERAL
BEDS OPEN, WHEREAS, IT'S UNHEALTHY OVERCROWDED, MISDIAGNOSIS, INADEQUATE STAFF,
TREATMENT & EQUIPMENT STATED BY DRS. IN INFIRMARY TO CORRECTLY TREAT McGill FOR
A PRODUCTIVE RETURN TO COMMUNITY. WE'VE BROUGHT THIS TO THE ATTENTION OF EMPLOYEES,
STAFF & DRS TO THEIR DELIBERATE INDIFFERENCE, NO ACTION/AUTHORITY.
WIT: CCP JUDGE, CONFLICT ATTY & FAMILY MBRS @ COURT 12 NOV 04 - WARDEN'S
OFFC., CLASSIFICATION/FACILITY TREATMENT UNIT ADMINISTRATOR

ACTION REQUESTED BY GRIEVANT: INVESTIGATE, RELEASE & TRANSFER TO ST. HOSP
W/ APPROPRIATE ACTIONS BEFORE CHRONIC CONDITIONS WORSEN & OTHERS
DEVELOPS, NOW HAVE SINUS INFECTION. HELP US PLEASE WE
PRAY AMEN

GRIEVANT'S SIGNATURE: A. McGill

DATE: 6 DEC 04

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: **INSTITUTION FILE**
    **GRIEVANT**

April '97 REV

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: H, R, Y, C, I,

DATE SUBMITTED: 17 NOV 04

INMATE'S NAME: McGill, Acreicious

SBI#: 279288

HOUSING UNIT: Infirmary

CASE #: 411003073

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

## SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 7/8 Nov - Approx 9:30 pm - 2 am

TYPE OF MEDICAL PROBLEM: EMERGENCY MED. CONDITION

SSI / DISAB, CUT-BK IN/MAT, MULTI-LEVEL SURGRY PENDING 2ND OPINION DUE 2 (5) MUA

MULTI-SPINAL INJ (C/L-SPINE, ABNORM CURV), L-SCIATIC NRV DAM, L-CONCUSSION, BI-LAT

KNEE DYS, DEGEN, BONE DISEASE, ARTHRITIS, HI BP, ALLERGIES (SHELLFISH, DOXYCYCLINE,

SKIN DISORDER & TOE FUNGUS/ DAM, ALL STATED ON ADMISSION & REPORTED DURING CODES

& INCIDENTS TO / BY MED STAFF & OFFCR. RESPOND, SYM: NUMBNESS, TINGLING, SEVERE

SPASMS & PAIN (L-BACK, NECK, CHEST, LEGS, ARMS, L-HEAD) SEE STARS, LOSS RANGE OF MOTION, ACTIVATED

W/ADLS & INCLEMET WEATHER, DR RX CLONIDIN, LIBRIUM, MATRIN, TY3, X-RAYS, MED HIST (4 MRI'S

SIGNED REL NOV 7) BUT NO RX MUSCLE RELAXR, ANTI-INFLAM, SHELLFISH ALLERGIES, PHYS. EXAM.

TR WALK W/O ASST. (CANE, WLKR, ELEVATOR, WHLCHR) W/ ADL HARDSHIPS & SELF REHAB "THIS IS

NOT A HOSPITAL & YOU'RE NOT GOING"

GRIEVANT'S SIGNATURE: A. McGill

DATE: 17 NOV 04

ACTION REQUESTED BY GRIEVANT: DUE TO THE REPORTED (3 GRIEVANCES 584 & CODE 4 NOV 7) MED STAFF

DELIBERATE INDIFFERENCE TO MY LIFE, SAFETY, HARDSHIPS, CORRECT TR & PROCEDURES IN CONJUN

TION W/ ATTY & JUDGE (12 NOV CT DATE ` PHYS/MENT INCAPABLE 2 APPEAR) WE REQUEST TRANSFER

TO DE STATE HOSP. FOR EVAL & CORRECT TR IMMEDIATELY, B-4 MY MED CONDITION GETS ANY

WORSE & MY WELL-BEING GOES BEYOND COMPLETE REHAB N-2 COMMUNITY, AS IT IS IN THE INF.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

MEDICAL GRIEVANCE

FACILITY: H. R. Y. C. I.

INMATE'S NAME: Mc Gill, Acrecious

HOUSING UNIT: INF.

DATE SUBMITTED: 17 Nov 04

SBI#: 274388

CASE #: 411CO 3073

////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Allox. 13 Nov @ Lunch

TYPE OF MEDICAL PROBLEM:   EMERGENCY

DUE 2 DR's DELIBERATE INDIFFERENCE 2 CORRECT TR / PROCEDURE, NEGLI-
GENCE, ABUSE & MALPRACTICE, THE FOOD SERVICES DO NOT HAVE A DR.
ORDER RE: MY ALLERGIES TO SHELLFISH & IN TURN SERVED ME A SEAFOOD
SALAD SUB, THUS JEOPARDIZING MY LIFE AGAIN, AS SHELLFISH CAUSES
HIVES TO SWELL IN EYES, SKIN & THROAT & W/I 20 MINUTES DEATH

GRIEVANT'S SIGNATURE: A. McGill      DATE: 17 NOV 04

ACTION REQUESTED BY GRIEVANT: THIS WILL MAKE THE 2ND NEAR DEATH EXPERI-
ENCE DUE 2 THE NEGLIGENCE & UNETHICAL CARE OF DR. ENA, HER ACTIONS
SHOW THAT MY PHYSICAL / MENTAL CONDITION ARE NOT WORTHY OF MED. CARE
SO WE REQ 2 B TRANSFERED OUT 2 DE STATE HOSP AS PER 12 NOV COURT
DATE, W/ THE MULTI-LEVEL SURGERIES R ESSENTIAL 2 MY RECOVERY.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #584**

**GRIEVANCE FORM**

FACILITY: H. R. Y. C. I.                         DATE: 10 NOV 04

GRIEVANT'S NAME: McGill, Acrecious             SBI#: 274388

CASE#: 0911G03073                              TIME OF INCIDENT: AM

HOUSING UNIT: INF

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

WHILE SLEEPING W/ BLANKET & SHEET TUCKED OVER MY HEAD
TO BLOCK OUT LIGHT, THE NURSE KNOWING OF SPINAL INJURIES YANKED
THE BLANKET OFF MY HEAD CAUSING SPASMS, LOSS OF MOTION & PAIN ON
THE L-SIDE OF NECK & SHOULDER.

ACTION REQUESTED BY GRIEVANT: DUE TO PAIN, TRAUMA, CONTINUOUS ROUGH
TREATMENT BY NURSE, SHE SHOULD BE DISCIPLINED / REPORTED
FOR ABUSE & NON-PROFESSIONALISM W/AN APOLOGY IN WRITING
DUE TO THIS CONTINUOUS CONDUCT, I REQUEST TO BE TRANSFERRED
TO DE STATE HOSPITAL FOR NON-VOLITARE ASST. INORDER TO STABILIZE MY C/L-SPINE
VS. CAUSING DISPLACEMENT & TRAUMA

GRIEVANT'S SIGNATURE: A McGill          DATE: 10 NOV 04

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**FORM #584**

**GRIEVANCE FORM**

FACILITY: H.R.Y.C.I.    DATE: 8 NOV 04

GRIEVANT'S NAME: McGill, Acrecious    SBI#: 274388

CASE#: 0911003073    TIME OF INCIDENT: APPROX 10A

HOUSING UNIT: INF

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.    WIT: J. STOKES 501 746

AFTER CODE 9 & NEAR DEATH EXPERIENCE CAUSED BY DR INSA'S
DELIBERATE INDIFFERENCE TO MY ADL HARDSHIPS, A LEAD MALE DR
DR. INSA'S NURSE ACCUSED ME OF FAKING VITALS, SYMPTOMS, SEVERE
PAIN, REPORTED THAT MORNING & STATING 'OLD WOMEN W/ A DISC INJ
DON'T BE THROUGH THIS MUCH PAIN, SO YOUR NOT GETTING NO NARCS,
RELAXERS, NOTHING BUT MOTRIN & YOU REHAB YOURSELF.' AFTER ADVISING MR
OF EARLIER INCIDENTS HE STATED 'IF YOU COOPERATE W/ CO's, INJURIES WOULD NOT
HAPPEN'. ADVISED CO's IN HASTE TO LEAVE WORK & UNDER ORDERS CAUSED SEVERE
TRAUMA & INABILITY TO MOVE W/O PAIN IN C/L-SPINE, HIPS & LEGS. THE MED
STAFF DID ALL THIS W/O A PHYSICAL, X-RAY OR DR CONSULT RE (4) MRI
REQUESTED FROM PCP JAMES THOMAS

ACTION REQUESTED BY GRIEVANT: THESE DISPLAYS OF MALPRACTICE SHOWS LESS CONCERN
TO BUILD MY WELL-BEING & MORE TO DESTROY MY LIFE. I REQUEST TO BE
TRANSFERED TO DE STATE HOSPITAL WHERE A HOLISTIC APPROACH WILL BE UTILIZED
TO PREVENT SELF-DESTRUCTION & PROMOTE A PRODUCTIVE & RIGHTEOUS WELL-BEING,
WRITTEN APOLOGY W/ DISCIPLINARY ACTIONS ON EMPLOYEE RECORDS CITING
HIPPOCRATIC OATH.

GRIEVANT'S SIGNATURE: [signature]    DATE: 10 NOV 04

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

$1 \, \& \, 2$

## FORM #584

## GRIEVANCE FORM

FACILITY: H.R.Y.C.I.                    DATE: 7/8 Nov 09

GRIEVANT'S NAME: McGill, Acrecious        SBI#: 274388

CASE#: 0911003073                         TIME OF INCIDENT: APPROX 9:45p - 2A

HOUSING UNIT: INF

WIT: J. STORES #50/744
C/os GASSNER · WOLOZNYK

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

WIT: STAFF (OFFICERS/NURSES RESPONDING TO CODE)

AFTER NOTIFYING ADMITTING NURSE/DR. INGA OF SEVERE MED. CONDITION (4) SPINAL INJURIES, NO Rx WERE ORDERED & ONLY ADMINISTER UPON REQUEST. WITHOUT A PHYSICAL OR REVIEW OF MRI TEST, DR. INGA DISCHARGED ME TO 2A WITHOUT THE WHEELCHAIR & ORDERED TO GO UP STAIRS VS ELEVATOR. DURING TRANSPORT W/ C-Os, ONE STEPPED ON THE BACK OF MY SNEAKER CAUSING ME TO FALL THROUGH OPEN DOOR, CAUSING NECK/SHOULDER PAIN. AFTER CONTACTING DR. C-Os IN HASTE/ UNDER ORDER, DRAGGED ME THROUGH POD ENTANGLING R-LEG IN BENCH, L-HIP INTO SINK UPON ENTERING CELL W/ R-LEG HITTING BUNK POST, TOSSED AROUND ON GROUND & THEN LEFT IN OBVIOUS SEVERE PAIN W/ 2 OTHER INMATES TIL THEY DEMANDED CODE 2 HRS LATER. AFTER C-Os/NURSES REPORTED SERIOUS VITALS, CONDITIONS, VIOLATIONS, MULTIPLE TIMES TO SUPERIORS, THEY WERE TOLD IN DISBELIEF TY3, MOTRIN, SICKCALL SLIP &

ACTION REQUESTED BY GRIEVANT: DUE TO DELIBERATE INDIFFERENCE TO MY LIFE, SAFTEY, ACTIVITIES OF DAILY LIVING HARDSHIPS & ASSISTED REHAB BY THE DR's, SOME MED. STAFF/C-Os, IN ADDITION TO THE LACK OF OR MALFUNCTIONING EQUIPMENT, I REQUEST TO BE TRANSFERED TO DEL. STATE HOSPITAL TO AVOID FURTHER MALPRACTICE LEADING TO PERMANENT

GRIEVANT'S SIGNATURE: A. McGill            DATE: 10 Nov 09

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____ (YES)    _____ (NO)

### (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

2 & 2

**FORM #504**

**GRIEVANCE FORM**

FACILITY: Ho R. Y. C. Io          DATE: 7/8 Nov 04

GRIEVANT'S NAME: McGill, Aerecius          SBI#: 274388

CASE#: 0411 GO 3073          TIME OF INCIDENT: APPROX 9:45P - 2A

HOUSING UNIT: INF

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

BACK TO POD'. DUE TO PERSONAL EXPERIENCES, INCREASING SYMPTOMS & FEAR
FOR MY LIFE, NURSES & C.O.s ADMINISTERED LIFESAVING INJECTIONS, BONE
MANIPULATION, BLOOD PRESSURE MEDS & PROPER BEDDING BACK IN INFIRM-
ARY, OVERRIDING SUPERIORS INHUMANE ORDERS & REPORTED THIS
ONGOING PRACTICE OF SUPERIORS.

ACTION REQUESTED BY GRIEVANT: PARALYSIS / DEATH & ACHIEVE GREAT PRODUCTIVITY
IN THE COMMUNITY AS GOD INTENDED FOR ALL. GIVE ACCOMMODATION
TO ALL NURSES, OFFICERS THAT RESPONDED TO CODE & SAVED
ME FROM DEATH.

GRIEVANT'S SIGNATURE: [signature]          DATE: 10 Nov 04

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

12 Nov 04

Acrecious McGill
H.R.Y.C.I.
Box 9561
Wilm, DE 12889
SBI: 279388

Hotel 6 % MGR
New Castle, DE 19720

RE: Return of Personal Property
      Left by Police - RM 205

I AM WRITING THIS LETTER TO AUTHORIZE THE
RELEASE OF ALL THE FOREMENTIONED TO
THE HOLDER OF THIS LETTER. THE FOLLOW-
ING IS A LIST OF ITEMS MISSING:
- HANDICAP PLACARD
- PORTABLE 7" MONITOR DVD PLYR w/ ACCS & REMOTE
- 11 PROMO DVDs
- APPROX 30+ CDs IN BLACK CASE
- MEDICAL TENS UNIT & PADS & WIRES
- BLUE PEACOAT
- CUSTOMIZED NAME BELT 'ACRECIOUS'
- BLUE CARRYING BAG
- BUSINESS PLAN OUTLINE
- PRIVATE SESSION ENT. WORLD of PRODUCTS CATALOG
- BEADED I.D. CHAIN w/ BUS CARDS, REDUCED DART BUS PASS
    3 CONSECUTIVE WEEK BUS PASS
- 2 RED UTILITY KNIVES
- 2 SETS OF KEYS



10 Nov | PD INVESTIGATER FEMALE RNWD CASE ATTY CALL & ASSIGND @ CT

11 Nov 04 | X-RAYS: C/L-SPINE    No KNEES    TECH SAYD L-SPINE INJ ON FILE
- HELP W/ WHL CHR WHLS LOK
- C DMAG VIA SPACING
No PHYS EXAM

COURT DATE | TAPING OPE  FULL BLOWN    SPASM OUT & POSTRL    GRANT HOSP TRANS BY SUPV
12 Nov | RAINY- SEVERE PAIN - FELL DOWN MED-LEG  ATTY ASAP W/ PAPERS SUBMITTED
MALE    "4 GO N2 EPILEPTIC FIT WON U R MOVED" & STILL NO ASST.
DR. SEEN X-RAY, SYMP & OLD WOMAN, STILL NO ASST, GET-UP & WALK, IF WE USED SPL WOULD G
ADVSD  NEED HOSP & CORRCTV SURGRY & FELL/ CODE @ CT 'NO HOSP 4 U'

AFPRON
13 Nov | LUNCH SRVD: AFTR INT CONTACT W/ NURSE & DR STAFF ADVS OF ALLERGIES INS
SEAFISH  NO DR ORDER WAS MADE STATING THIS & SEAFOOD
SALAD WAS SERVED.
X-TRA
M. NEWMAN    WHN CO WAS NOTIFIED & LETTUCE WAS BEING REG 2B SRVD
WRKR RICH    BY WRKR  CO REFUSED @ 1ST, THN AFTR WORKER STAT
'GOD DON'T LIKE UGLY  HE'S ALLERGIC HE'S ALLERGIC
THIS IS X-TRA LETTUCE & DRESSING,' SHE ALLOWED IT
2B SRVD
HAS    ANTI
DR ORDERED NO ASSISTANCE, BUT DID NOT ORDER FOOD ALLERGY - HIPPOCRATIC
DR WIL B 2C U    & CHRGS    ② MNTL TR    ③ HEALTH
MENTAL HEALTH JOHNSON - ⑤ GUEST @ DRUG TR PRGM  ④ EXISTIC

14 SUN | ALLOWED 2 USE WLKR 2 SHWR  NURSE ROXANNE SAYS THIS ONCE CAUSE
15 @ 9:30 | NOT ALLOWED ASSISTANCE W/ WALK 2 VISIT  DR. ORDER  C/O
C/O
STACION  CLARKE &  STILL/ ALWAYS WIL B 2GTHR    SPLOR MN WALK CAN
- USE WLKR 2 WLK
SAFELY
WLKR RMVD B4 VISIT IMMEDIATELY WHN DR ENTRD
① X-RAY NORMAL NR MCGILL 2ND THOUGHT NO IT WAS NOT
DR INIT    WILL C-U LATER
NVR 2 C DR AGAIN RE X-RAY, TR OR MED HIST

16 | 1ST TIME W/ MED GRIEVANCE FORM 585  C/O CARLOCKE
AFPRAN
1 | RX CHART TURNED OVR NURSE  MEANS NO MEDS USUALLY LET ME CK
17 | PERSONAL PROP. RELEASE FORM  EVRYTHNG 2 LILLIE TAY
SUBMITT 585 FORM  RE: MED EMER. 2B TRANS 2 DE STATE H
2 NEAR ...
...  / CLAIM

J @ 10:30A INNA - [illegible] EAT THEN
SEE
McGILL - U KNOW I TAKE Rx MOTRIN & THAT WOULD UPSET MY STOMACH W/O ANY FOOD OR CAUSE INTERNAL BLEEDING WORSEN MY CONDITION.

Ht. 175 lb -10 INNA - I'M NOT WRITING Rx FOR FOOD ALLERGIES.

EYE YAM INNA - READ LINE 6 E CHART
McGILL - TOOK ME BY SURPRISE I COULD NOT SEE THEM CLEARLY ENUF
DR - READ THE CHART IT IS SIMPLE [illegible] [illegible] [illegible] GOING 2 B [illegible] PARALY OR DEAD
ADVSD COULD NOT SEE THINKING I'M GETTING WORSE UNDR DR CARE & READ LINE 5 THAN!
DR - STATED W/ ATTITUDE THAT WAS UNPROF- DUE TO # of YRS W/ GLASS & [illegible]

PHYS FAM
Pt ADVSD HIST of CANCER DIABETES, HI BLOOD PRESSURE TYPE of CANCER [illegible] [illegible] THAT'S WAS NT GIVEN TIME OR OPTIONS/ TYPES 2 CHOOSE FROM.
HI BP [illegible], ALLERGIES
W/ WHAT WAS MENTIONED STILL NO Rx i DIABETES
DR. STILL NO MED INFO FRM HOSP. ADVSD [illegible] [illegible] FRM PCP DR JAMES [illegible] B-4 I COULD GIVE [illegible] INFO DR CUT ME OFF STATING WHATEVER WAS ON FORM SIGNED WHEN I GET WILL CALL BACK TIL THEN BYE
DR CH DO U WANT AIDS TEST - Pt YES - DR ASKD
NURSE HOW LONG 4 WAIT - NURSE 2 WKS - DR C U N A WK 4 AIDS TEST. BYE.

REC [illegible] [illegible] INFORMD [illegible] [illegible] MR [illegible] [illegible]
MOM - GET HIM [illegible] CALL RE: MISTREATMENT / LACK of [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ASKD [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ATTITUDE [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] & [illegible] [illegible] LATER [illegible] [illegible]
ADVSD 5th AMENDMENT / [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

No CC of Grievance Rec'd as noted & Ret of form / state by C/C (illegible)

10. Nov. AM    Writin' slip w/ bullet & sheet thru'd on'k my head
& fill cup of... The nurse known of shore info, handed
bullet off on head, minus staples, loss of (illegible)
paus on (illegible) of med & shuts

Actn Req - Due 2 pain, trauma, loss, result tr by nurse,
site emp & distress / repeats, & (illegible) & non-prof
w/ an apology in writin, due 2 this cont conduct,
I req 2B trans 2 De state host for non-malice
asst, in order 2 stable my c/l-spine vs. causin
displacement & trauma. (illegible) 16 Nov 04

8    ICU    Aftr (illegible) 1 1 med tran (illegible) (illegible) by Dr. wards Psyb.
Approx 10am in PM    in P.E., I my ADL hetsck, a lead male Dr. Dr. Ilse & nurse
Wit: I Stokes    accused me of faking vital, sym, severe pain rep'n that AM
& statin' 'old woman w/a disc just don't go thru this much
pain, so your nt gettin no narcs, relaxs, nothin but motrin
& u rehab self. Aftr advsn nr of AM incidents (illegible) stated
(illegible) (illegible) w/ nt (illegible) advise C.o. in Hosp
2 nn work & undr Fx, caused severe trauma & inability 2 nn
w/o pain in c/l spine, hips & legs. The nrsg staff do all this
w/o a foto's, x ray or Dr. conslt re: (illegible) MRI rec'd frm
PCP James Thorne.

Actn Req    These displays of malprac shows less concern 2 bld my well
being & mre 2 destroy my life, I request 2B trans 2
De st Hosp, where a holist approct wl b utlzd 2 prevnt
self-destructn & promote a prop & righteous well being, writn
apology w/ disciplinary actions on emp. rec. citing Hippocrate
oath. (illegible) 10 Nov 04



A PHYS/MENT DISABILITY
DEPRESSION - A STATE OF EXCESSIVE SADNESS OR HOPELESSNESS OFTEN ASSOC W/ PHYS SYMP
PARANOIA - AN ABNORMAL TENDENCY TO SUSPECT & MISTRUST OTHERS
DISABILITY - SOMETHING THAT DISQUALIFIES A PERSON. PHYS INCAPACITY CAUSED BY INJURY OR DISEASE etc
HUMILIATED - TO DESTROY THRU ABASEMENT, CAUSING U BUSY
FORSAKE - Z GIVE UP ON Z RENOUNCE O I W/DRAW IS HELP, FRIEND, CUSTOM OR THE FRA

22 NOV   8³⁰   VISIT - NI TKN TIL 8⁵⁵ SO / OFICE WNT BRUSH TEETH B-4 U COME SHUT DOOR

9³⁴   TOLD C/O RDY 260 BEEN WAITING - ARV 10 MINS LATE
      NO ORDER Z GO Z ST HOSP @ WARDEN OFC

REC   TT AM :  NO REST FRM ATTY O'CONNOR SINCE FRI
                NR MEDS COPPER RAN OUT US/O REFILL

      GIV INFO RE ATTORN/ DECON DISC BOO-563-VADX - CANTO Z GIVE LOCK
                  - MEMO SGT MOODY  NO GRUBLE REF PAMELA M/WAR
                  - BAIL REDUCTION STH ON CAL 23 NOV 04

      ORDER FILLED @ 3³⁰ IUST DO NT DO IT YET NURSE COURTNEY

7⁴⁵   TY CAME w/ 3  920  HW U FEEL'N - R HD NO MEDS TDY NT GD@ALL

      MED HC PRAST Vs. DR   INNA

USE - DISTRESS
DISTRESS - SUFFERING
CAUSED BY PAIN w/ ANY
ILLNESS OR SICKNESS
CONFORT OF BODY DAMAGED
HELP
CARING - CARE MARKED
  W/ REGUST ANGR
HUMILIATE - TO HUMILIATED
  DESTROY VAL-HV OF SELF
INTR CASE

      N IMMORAL PERSON, ESPECIALLY A WOMAN
      LANDS - RESPONSIBLE, LACKING PROPER RESTRAINT OR MOTIVES

      INDIFFERENCE - FEELING OR SHOWING NO INTEREST OR SYMPATHY UNCONCERN

      DELIBERATE - DONE OR SAID w/ PURPOSE INTENTIONAL

      CALLOUS - UNSYMPATHETIC

      BARBAROUS - UNCIVILIZED, CRUEL

      CRUEL - FEELING PLEASURE IN ANOTHER'S SUFFERING Z CAUSES PAIN OR SUFFERING

      LEECH - Z, A PERSON WHO DRAINS THE RESOURCE OF ANOTHER

                        L-BACK
23 NOV   TIGGERS SIDES, SHARP STAB, N BLK, BI-LAT KNEE, Z ARM/SHLDR
                        S-SPINE
    A    NECK, CHST PAIN, L-SHLDR, ...

APPR Z 3²   NR  EKG  CONTROL                            18 275

8⁴⁵   TT CO RE BAIL HEARING/ALERX   NO WORK NO IST- NR NO RX
                                                            NO MRE
REC  6⁰⁰   TT HW NO GO w/ ATTY NT SUBMITN BAIL REDUCT MOTION/ CALL GO
           NO ORDER Z TRANS Z ST HOSP AS STATED BY ATTY
           NOT ON SYS PER ANN WARDEN OFFC
           U-R GOING Z HV Z WRK ON THIS TOO, I GOT NO WHERE TDY

6³⁵   BARBER - EDGE - UP & TRIM - PAINFUL IN CHAIR ONLY 15 MIN
      IN SEVERE PAIN ALL AFTERNOON  GT 500 FRM NR JEREMY

23 Nov

BAIL REDUCTION — MODIFICATION (90 Days)
   C/L – SPINAL INJURY, DEGEN. BONE, ARTH, NRV DAM,
MED CONDS: GROWTHS, CONCUSSION, AONRM CIRV, SKIN DISORD
                    SIDES, ARMS, CHEST
   SYMS: SEVERE PAIN (C/L-SPINE, BI-LATTERAL KNEE) NUMBNESS,
      TINGLING, LOSS OF MOTION, HARDSHIPS IN/ADL, HEADACHE
      SEEING STARS, GAS SPASMS, MUSC. TIGHTNESS, SHARP STAB

   TRIGRS: INCLEMENT WEA, LIFTING, BENDING, SITTING, GAS
      JOLTS, JARRING, COUGHING, CONT. ACTVTY, SNEEZING,
      READING, VARIOUS ACTIVITIES OF DAILY LIVING, STRESS.

                    10
DUE 2 YRS OF LIVING IN PAIN (MENTL, PHYS, EMOT, SOC..).
MED/LEG MALPRACTICE, LACK OF SUPPORT & DELIB. INDIFF.
2 MY WELL-BEING, I FOUND MYSELF IN A STATE
                                    TREAT
OF HELPLESSNESS, RELYING ON DRUGS 2 CURTAIL/CURE
          ATTACKS/ROBBERY WANTONS
PAIN & LENGTHY ASSC. VS. THE GREATNESS THT HS SUR-
FACED SINCE MY INCARCERATION; MOTHER, BRO. & LAST
BUT NOT LEAST A STRONG WOMAN, WHO LOVES HE IN
SICKNESS & STRIVING W/ME A BETTER HEALTH VIA
CORRECTIVE PROCEDURE & REHAB & MY WELL-BEING
UNLIKE THE 1ST CORRECTNL MEDICAL STAFF WHERE
CRUEL & NON-CORRECTIVE TR, MISDIAGNOSIS, LACK OF/MAL-
FUNCTIONING EQUIP & DEATH R ACCEPTED/EXPECTED
(SEE C:AVNC # C/4-8854-7# MED 585 FORM) FOR THESE,
BUT NOT LIMITED TO, OTHRS REQ, JUDGE ORDER 12 NOV 04
PER ATTY REQ IN MY ABSENCE NO REZ'D @ DC WARREN OFF
WE RESPECTFULLY REQ. BAIL REDUCTION OF WHICH
WE ARE READY TO POST TO SAVE MY DETERIORATING
                                    PROP.
MED/LEG/SOC CONDITION N-2 A CORRECT, RIGHTEOUS
& GODLY EXISTENCE AS THE INTO THE COMMUNITY

SANITATION - ARRANGEMENTS 2 PROTECT PUBLIC HEALTH, ESPECIALLY BY DRAINAGE & EFFICIENT
          DISPOSAL OF SEWAGE.

INSANE - EXTREMELY FOOLISH, MAD

SORROW - MENTAL SUFFERING CAUSED BY LOSS OR DISAPPOINTMENT ETC.

LAMENT - EXPRESS GRB SORROW OR REGRET

23 NOV

RE: TRANS 2 ANTHR FAC. DUE 2 EMER. MED. COND

DEAR PAM MINER

I AM WRTN LTR 2 APPEAL 2 U 2 TRANS ME 2 DE ST. HOSP
4 EVAL & TR PER CT. JUDGE, 12 NOV 04, CASE # RAII GF-3827
& MEMO FRM SGT. MOODY, GRV # 64-8955, 17 NOV 04. I'M
PERM. DIS. (SSI/DIS. 113 56 9811) W/ ARTH, SPINL CRD INT
(C(L-SPINE). BI-LAT KNEE DAM W/ NRV & HD (CONCUSSN) TRAUM.
I'M ONLY B TR W/ MATRIN OR TY³ 4 ALL MY SYM. (SEE GB
PLS HLP ME to GET COR. PROCD & REHAB NOT AVAIL HERE
IN INFIRM. THANK U   a. m. H

RE: EMER. HELP   SOCIAL SERVICES

M5. TILLERY.

THANK YOU FOR YOUR PROMPT ATTN 2 MY OMITED PHONE LIST
IT WS VRY HLPFL. MY MOM (L. TAYLOR) & MEET
THE LAST / FIRST TIME WE MEET U STATED IF U NEVER NEEDED
                                          FURTHER
ANY ASSISTANCE TO CONTACT ASAP U. I NEED EMER. ASSISTANCE
                                        FRM MED STAFF
I M REC U CRUEL & ABUSIVE & NEGLECTFUL TR^ PLS HELP US

a. m. H   23 NOV 04

24 Nov 1044 JEREMY LFT 800 MOTRIN ON BEDSIDE

3P DOC LOST/MISS'N INMATE IN HASTE FRM INFRM - 5XE IN DIF POD    LOGGED IN

REC @ 6 PM TT MOM - ADVS IF GOING 2 POST $2K BOND DO THE SAME 4 $8K

'I DID NOT THINK OF THAT, IST DID NOT WANT 2 GV BAIL BONDSMAN #

ADVSD ADMIN OUT TIL NXT WK 4 HOLIDAY WKND. WROTE LTRS 2 TILLERY/MINOR &
CORR. PROCD.

INKLEMET WPK ONCE AGAIN HOSP IS A MUST, NOT AN OPTION & A.S.A.P. REASON I'M FILLING

UP W/ BAIL BEING POSTED, IN ADDITION TO CRUEL & UNUSUAL PUNISHMENT

MOM 'STACEY NT DOM'N, LOST 2 MUCH TIME OFF WERK & ON PRN W/ATTY

ADVSD/BEHIND MOM OF ALL BEEN THRU LAST 10YRS, IN ADDITION TO HER DON'T DO IT

B/SURE I'M THE ONLY CONSTANT ADVOCATE FLLWING THRU SO Y DOUBT

OF MERELY SIGNING SELF IN, NOT MENTIONING STACEY SUPPORT.

JEREMY WIL SIT'N ON REC  800 MOTRIN

25 NOV     N/R  800 200 MG MOTRIN      3

✱ STILL TREATING MVA INJS W/ MOTRIN. WIN MANUFACT. DIR STATES

NOT FOR MAJOR PAIN & INJS NOT CORRECTED IT WILL FX ON

CRUDTY SUFFERING MENTAL & PHYS CRUELTY BY PEOPLE THAT ARE SUPPOSE

TO BE CORRECTING PROBLEMS 4 A SAFE/SUCCESSFUL RTN N2 COMMUNTY

825  84  IP/73  800 MOTRIN - REDUCING DOSAGE BUT NT SYM ON CONST. INJS 4
      BRKFST                                  THRU TOILET AFTR FLUSH #1
DINNER  HEATING & PLUMBING PROBLEM - BATH U/S LEAK FLOOR TILE 302,13,14
        NO THERMOSTAT                              USE FAN AD VEN.
        HEAT NOT ADJSTBL ALL OR NOTHING/STUFFING - QUALK AIR FAST

9P  IF 173 800 MOTRIN  SYMP SHARP STAB'G PN  R-HIP/BCK LG KNEE

26   AM  800 MOTRIN W/O BP CHCK      N/R COLLEEN      W/ BP CK, BLOOD/URINE TEST
         WILFRED? CYPRO?                                    DIAGNOSIS
    ✱  AFTR CN DR ATT'D NW CELLMATE DILIGENTLY W/ CYMWIN

    I FEEL HOPLESS/HOPELESS DUE 2 THEIR DIAGNOSIS & COMMON OF TR (SPINE INJ/ARTH)

    I HV DIFF/HARDSHIPS W/ ADL EATING, SLEEPING, BREATHING, & I GET NO TR
                                                             NAPRCXEN
    PM  I STILL HV 2 REQUEST CONT MOTRIN V/S ROUTINE DOSAGE & STILL NO FLEX ACC.

27  SYMP SHARP CHEST PAIN, DREAMS OF HEART ATTACK/STROKE

    ONLY REC MOTRIN

28 SUN

Nr

8³⁰ AM  JEREMY - ⟨GGD⟩ MOTRIN ADVSD STIL HVNG CHST PAINS, BP, R-HEAD/NECK

L-FINGRS TINGLING 'C-WHT MOTRIN DOES WIL TLK LATER'

*DID NOT C Nr TIL AFTR DINNER THN HD 2 RMIND HIM

ABOUT CONVRSATN / CONDITION & MEDS 2 RELIEVE SYM ⟨GGD⟩

SYM STIL SEVERE

29  12³⁰  REQ C-O GT Nr 4 MEDS Nr NT NW LATER  ALK HAD  HW LNG?

C/O DAVID  C-O UNKWN '12 min - 1 hr Nr NVR SHD 'LEFT N LIMBO'

2A  Nr ROXANNE 'U HV ARTHRITIS, U WILL SY RST of LIFE' BACK N SPASM CAN'T

LAY DOWN, C-SPINE SYM - C-O OLD SURG TIMES

POULTINARY COMES 2 'U ON WRKR IN BERM? - BUT BY-PASS WE ADVSD

APRIO  8A  DR INJA HIT SYM ARTH L/C-SPINE (OUR WKND THUR-SUN) DR KEEPS WLK'G OUT

CHST PAIN-STABBING - L-ARM NUMBNS, BP CNT KNOS

HD 2 CALL BACK 2 ADD-ON, BUT DR CUT DOOR LST 3 ≥1 TIME NT 2

RTN STATING 'Rx STILL GOOD, I WILL ✓ 4-U' NVR WS ORDER FOR

ARTHRITIS - JUST TELLING ME RIGHT THING 2 SAY, BUT DR ALOSTER

REDUCE ORDER BLD - GGD, NO BP MEDS OR CK UP, NO CUT SCAN RES 4 SPINL COND

PROCEDURES SKIN COND

AFTR     FEMALE

BRKFST  Nr - REQ MEDS B4 DOOR CLSD 'LETS SEE, ONLY MOTRIN No ARTHRITIS/SKIN

77 MOM

+ATTY FOLEY - PAID LAWYR WCB AFTR RUN

BETTY @ PROTHONATARY OFFIC.   BAIL CLERK WCB

MC DOUGHNAN  CRMNL JUDGE   12 NOV 04  CLP

⌐ O DEAR LORD PRAY

SUPR  KENNY, THOM. SUPERIOR CT.    67/ PSUM 89/ 26 ⌐ DHE/ 71 ⌐ HK 7

CARLOCKE offered HEAT PACK - IF I HD?, I WOULD USE IT IN SPACE - I C WHT I CAN DO PRAY

5³⁰  REQ MEDS Nr NT TIME YET 1 HR - DIDNT REC'D TIL 7.30 - NONE N OBVIUS SYM

P

30  B4 BRKFST Nr COLLEEN  GV GGD DURING ROUNDS REQ Rx 4 SKN DISORDER 'WL TT DR JONG & GT WCR'

2ⁿᵈ MENTION N PM Nr TLD DR WIL ✓/✓ B-4 SHE LV' No RTN BY MED STAFF TIL 2ᴺᴰ MOD CALL

@ WHICH TIME REC WAS 9HRS'D 4 MEDS 28 MIN - TT CARLOCKE REQ PAM-RA NVR MOR NO

CARLOCKE WILL PUT NAME ON MENTL HEALTH LIST 2 MRN TT DIANE WIL LTR ROX - ADVSD

WEATH  1 DOC  DIANE UNKWN - PROCESS GOES THRU MENTAL HEALTH NOW? BEING -

INCIDENT ATAX DAM  REQ MEDS SYM - L-SIDE HEAD BF CHT LEG, SPINE  NEW Nr  WHY DIETY WB Rx FILLED

ABSO 2 OZ ASA TR SPASM SLW MTION & MOTN    I GET WHCH

WB RELV   FRM 2≥ 2 ASA - Nr BTTER WB ✓ O/N ⌐ CONT

HALL

3P  REQ'D  ⟨SS⟩ BAILIFF - CALL 4 PBLC DR PER SERVICE 'R NT TDY STILL ✓' - MR JOHNSON J.

GV JERRIE DOES A NIGHT MEDTRION Dr WONT C HIM -BTTR 'I VE BETTR' - RE

LONGR 4 HU NT SEEN DR YET, EVEN W/ COURT ORDER - CRUELTY -

4³⁰  WAIT 4 HOSP 2 CONTACT 4 TRANS (F NT ORDERED) IMMEDIATELY BY STAFF (72HRS) ITS 96-44-MS SIN

2 SPI PROCESS / GET DATES MY PEOPLE LWYR NOTIFY J JDGE RE: SITUATION EMER MED & @ DOC

STILL

1 DEC 6ᴬᴹ — TT KAᴼ HM CLD ST. HOSP HV BED OPEN WAIT 4 DOC 2 TRANSFER - FOLLEY 351 POSS IVR PENDING PROSECUTOR - IF N HOSP - LUC BETTY 2 VRFY POST BAIL AMT - REPORT CONT

N₂ Tᴾ - WRTE SICK CALL SLIP 4 DR SYM. SPINE SKIN LABM PAIN - NO OTHR + CARLOCKE - MAY NOT B BED PER McGILL, ND PAPER WORK FOR THINGS ZN XEROX MACH DOWN - ND CPY OF ORDER / SPACING AVAILABLE FAX'D OR U-N-LABE SYM: BP - LAT KNEE 7/10 WENT FRM C to L SPINE / UPPER to LOWER

2    12¹²ᴾ — N₂ Tᴾ    LOW BACK    U CAN NOT BE AROUND ALL DAY - ONLY 80% GT RELIEF FRM NECK/BACK SURG-!

THUR    9ᴬ — I DR ABAMBRN STAFF @ ST. HOSP SAME LATITUDE AS HERE - MAY AROUND HOSP SELF HELP, TT DRG GIVE ME NO HOPE / CHANGE OF RELIEF - CONTACT DR RE MED HIST 4 MRI - I'VE ORDER 2 ST HOSP 4 EVAL / TO 16 NOV & STIL NOT TRANSFER IS IT U STOPING ME / U DIAGNOSTIC SPINE ARTH & NO Rₓ WHY NOT - I HV SKIN RASH NO R - I HD MUAS 8 NO CORCTV SURG ON S U SAID I COULD HV 'ELECTRALL' UNAPPRVN FOR ARTH

REC — TT FAM @ HM ADVSD OF ONGOING ARREL TO & UNWARNT ACTIONS THAT CONT 2 PLAGUE MOE DURING MY RECOVRY / REHAB / TO AS OUT @ TIL MY NECK STARTED 2 ENABLE ME 1 TLI

MON — W/S BAIL REDUCTION ND 45₀₀ OR ON CALL & REQUEST BAIL RED. DUE 2 TO RECVD, LEG / MED MALPRACTICE WILL CALL COURT, ATTY ETC PRAY N NAME OF JEHOVAHS BLOOD

McGill — CALL BACK THIS AFTRNOON I WIL BV SMTHING 4 U - STACEY HM B THERE THIS WK SHMET GV INFO FRM CARLOCKE - BED MAY NOT B 4 ME - UV PAPER WORK 4 IMMD TRANS - FAX

EARLY-IN — DOCS HERE OR HV FAM LETTEY COURT OF SITUATION 2 EXPEDITE / HOLD SOMEONE LIABLE FACE / SKIN BREAK-OUT - NO RCL LATER 2CB HEARD CLEAR OF DETAIL - HV GT TT / SKIN ATTY

FRM REC — MALE OFFICER ON DUTY - LET ME BCK W 1 ROOM 8 RED MEDS FRM N₂ DUE 2 CRAMN PAIN

YAVANNE — 330 MOTRIN / METS W/NGT - SHUD MINOR DCGS & EXPND MED CRED SPINE / SKIN / ART & INQUIRED ABOUT ADDL MEDS DR STATED IN AM 1 HV ORDER DID NOT GET 2 MAY B IN THERE I WIL B BCK' N₂ RTND W/ FLEXRON Q FUNK WHO CALL N RTN W/ 1000 TYLN' & MED REL FORM - GV AS MUCH MRE INFO / PRP INFO

MED REL 4 Rcl ➤ — AS POSSBL WILL GOIN THRU SYEP - AFTR N₂ INQRY ON HV FLEX W8 ADUSD HLPD A LITTLE 4 STIL FEELING BAD ND CORR. SURG ON SPIN @ H₂

197 INF — SEPTIC BACK-UP AGAIN CARLOKE / WRKRS SANITIZE AREA AGAIN W/N HEALTH / SAFE

10 P — N₂ FORGOT MEDS SORRY FLEX - HYDROCORT' ENG PAIN RLF NOT / TY - LET ME V B W/ 1000 TY; THY TOOK U OFF MOTRIN COMPLTLY'

3    8ᴬ — NR    JEREMY : MOTRIN W/O RETS - WHTE GOING ON Rₓ KEEP AILING HE BOI

EXTENUATING — PROV 3. 1 PSL 118 2 / ROM 8 / JOHN 4 /    MR. LEE

5P — N₂ JEREMY SAME IS 2GV MOTRIN & NEW CELLMATE B-T INITIALS SAME WHEN CALL OUT HIS NAME DOOR CLOSED & W/O RTURN

AFTR DINNER — GOT NR JEREM ATTN 'DON'T LOOK @ ME LIKE I FORGET SMTHING U KNOW IN 2 ASK' ADVSD MR. THT THINGS HV CHANGED ' LET ME V I MAY B WORN

OMITTED — 2 OFFER BLU' N₂ RTN W/ 325 TY x3 ' I APLOGE 275 IS CLOSE AS U GET, MISSED MORNING DOSE' N₂ MAKE UP, SHLD WAIT TIL 8PM 2 SLEEP BETTER OV,

8ᴾ — N₂ TP - YOSE 49 FLEX' INJRY HYDROCORTEZONE' CCLED SET CAMBER CORRECT LM - N₂ WIL V & GET BACK APVSD COP LST NIGHT

REC — GOT DISCON AFTR PHONE A-JUG WENT OUT 3 MIN W/L FALL KEEPING TV    CHRIS + HANNALESI

4    9ᴬ — N₂ YAVANE - FLEXRAL / N₂ MED SAID 4 N₂ ONLVE MOTRIN N SPINE - HT GOT DAY 8-9

REC — TT MOM - IN SES @ DEC WR 2 B W SYS @ ST. HOSP - GOT PLATY DEGREE 2 VISIT SOON - HANG IN THERE HELP IS ON THE WAY ADVSD NOSE INFECTION 4 SWELLING - MAY B BOIL - NIGHT HOT COMPRESS LOOK N MIRROR NOSE LOOKS FUBAR, NOT GETN N₂ HAD THIS ON 4

2 ¹⁰ — N₂ YAVANNE W/O CALL JOHN TYL - BCRMIN OV RTE MOUT GN PT-BUT 8ᴼᴼ ➤ — KEEPING + FLEX - A CASE HYDRO 197

5    12 ¹⁵ — N₂ TP ...

5 DEC

1:40 P

INTR O.I.C. MAIL SENT TO WARDEN / MED. GRIEV.

**6 DEC**
OFICR
NUGENT
No VISITS - STAGON, ATTY DECKER, DR PSYH -NEG ACTIONS, NO RES BAL
BUN 584/585 TOLD 2 MODIFY 585 to 584 · DID NOT NOTICE BOTH N HAND TIL
OFICR GONE HOLD N FOR SUPLES 2B MADE SINC 'MASTER NOT N BUBBLE'
TY ( ILL, MOTRIN)

**7 DEC    8³⁰**
NO SCRATCH, ATTY FLEX, NO CREME. NOSE WAS GOOD, BUT STIL W/DRY RUNNY, GEL NOT
GLAZE AFTR REQ FOR BLEACH DUE 2 LACK OF CLEAN LINENS NOT WASH W/SOAP

TWOUGHT    **9²⁰**
PA : UNKNOWN BLK WOMAN LET ME JUST PUT IT F ITS OVR, FELT VERY UNCOMFRTB
W/ HER, WANTS 2 INFLICT PAIN · JEREMY ALITTLE EASIER · 'TAKE IT LIKE A
MAN' FRM DRS BACKGRND · 'GET GLOVES, 1ˢᵀ' 2 NEG. WIL DO + SELF DO 2 CONDUCT

REC    IT MOM · NO VISITS (3) ATTY STACEY, DR BYCH SAME AS 6 EVERYTHING SUMHOW ELSE
GOES IN-LINE WHILE I WICH FRM BEHIND. IM OUT (LIVING N PAIN SEVERELY)

**3³⁰**    ON WAY I AM L-KNEE W/ SHARP PAIN HAD 2 PAUSE (SHE LAH) ATTND 2 KNEE
**4³⁰**    ATTO CALL - FLEX, MOTRIN ??? CHEMOTIME DAILY, K-TIP.
    WARDEN MISVC · ON-WAITING LST PENDING BED SPACE

REC    IT AM ATTY SICK · MONDAY - NO TDY - WILL FLW-UP ON ST. HOSP / BTTR BED.

**8**
NO MOTRIN
OFICR ORBER
STILL OUT DAY
**8³⁰**    FLEX - ANTI - TY    NO CREME    SYM: HEADACHES L-SIDE, L-BACK STABBING
4
**2³⁰**    RX (5) YELL/BRWN JAKED    NO CREME / REQ CREME GOT SM SQUIRT ITS JUST TIP OF NOSE ADVISE
    NO MOTRIN    U GET ALL R —
    FOR BODY USE, TIP OF NOSE UNUSUAL @ TIME. BUT WILL ADD 2 TR. WILL GET MRE LATER

**8⁴⁵**    NO TF - TY - ANTIBIOTIC - FLEX - MOTRIN - CREME / 'NT 2 GOOD L-HEADACHE STAB'N BACK
    ADVSD RX KEEP CHANGN EVEN WHAN I ASK STIL GT NEG ATTITUDE / XX / THN
NR    JEREMY DID NOT RTN W/ MRE CREME AS STATED MRE LIES & CRUELTY & STRESS

No DR PSHY VISIT YET - NO ATTY DECKER / O'SCHNLL

**9 (SAT) 8³⁰**
NR: JUST ACCESS TRIED STIL NEVER CAME, GOT OUTER SQUIRT, WAIT IN 2 CHECK 2 CO
    WHAT CREME FOR R-SIDE NOSE- ADVSD ARM, LEGS, FEET. AIR WONT WARM COMPRESS
    FOR NOSE KEEP CLEAN ESAP WTR' · YES PLS BEEN ASKING 4 SEAMS 2 - WK B BK
NR    RTND W/ GAUZE NONE GVN SINC LOOKS 1ˢᵀ DEC 'MRE LOOKING THO MRE PUS'

No MRE CREME GVN
RAINY    **2³⁰**    NAPROLIN NOT DR CAME & ASK QUEST. & GIVE NO HELP ⊗ 3

**B-4**
REC VISIT    DECKER ATTY STILLS UP 4 BRIEF INTRVW 2 DISCUSS CASE, WIL INVSTGT
    SEND CPY WIL WK. GVN LOCL INFO & ATTY CLIENT RELT W/ OCCANEL, NT
    SURE IF TAKE CASE. WDS INFO NT GVN BY OCCANEL ARREST/CHRGE/RECRD

REC    IT HM ADVSD OF ATTY NTNG & MRE THN OCCANEL RQD. FEELING BAD
    NT BEST DAY 2 HV INTRVW SIDE-BARED BY SYM. AGAIN - DAMN!
    MISSED SM POINTS WILL WRITE ASAP W/ OFICIAL DOCS

NITE
MEDS    KOVATVEY ' CAN NOT HV MOTRIN FOR 1 HR @ LEAST, DUE 2 TYLENOL' - 1ˢᵀ TIME
    SOMEONE STATES THAT, EVRYDY ITS SOMETHING 2 DEAL W/ NO ROUTINE

**10**
DR JOSHI 1ˢᵀ TIME N OVR 1 MO 'DEPRESSED - AMITRIPTLYNE GOOD 4 MINI RELIEF
    2 DEPRESSION - ST. HOSP WIL STABLE & RTN MAYB 6 MO WAIT LIST - ADJST
    RX HERE KEEPS CHNG'N DAILY W/O NOTICE - DR REQ 50 mg FRM JEREMY
    WE'VE GOT THT & ICE @ NIGHT -SULD HLP w/ sm DEPRESSION

B-4
BRKFST    NO JEREMY - FLEX MOTRN TY AUTF CREME ?? ASK 'CONLY' DR (??? ?)
OUT (?) 2³⁵    " - NO MEDS GVN @ ALL (TY) WITH ANGRY AUTF DRS / GAUZE
    U WIL GT 1ˢᵀ DOSE TONITE - NOTHNG ON REQ MEDS, JUST CELLY'S MOTRN &
    GAUZE 4 CREME · VR JEREMY NOSE LOOKS GOOD - WHERE'S GAUZE & MEDS

BEN    NR - FLEX, AMITRP RX, WHR'S REST WONT GT THT TIL AFTR RX SCHD-ADDED
    MISSED AFTRNOON WONT SCHED THY'R ON THT SKPE PM - REQ MOTRN
    'OK THTS PRN' IS IT FOR BACK' YS - BCK HEAD, OK w/ Pain LCE

_(This page is a handwritten log; much of the text is illegible.)_

SVM: BUCC ... STUC ... SQUAT ... OHIP ...
... THROB'N FINGERS, RINGIN' ... EAR, BY L/T KNEE HEAD
... ISSUE ... ALL OVER HIPS, BASH

No SURE ... AM BEDS ... TY - MOTRIN - BIOTIC - FLEX ...
... TYLNE ...
... CREME ...

12  No JEREMY, LEFT Rx ON BEDSIDE EVRYTHING
✱ COLD AIR BLOW'N FRM VENTS - NO HEAT

13 ✱  7ª  No COURTNEY - TY, BIOTIC, FLEX, MOTRIN - ASKD 4 CREME W/ SIGH ONLY HV WHT ...
     1p      ... BIOTIC & DC ... WNT MOTRIN' YES OFFER HEARD ME BUT No SPEAK'N ...
                                  MS OWNER
     MAIL   MEMO SAY MOODY' MST WRITE MR GREGG @ WEBB CORRECT FAC ALL
            THIS TIME WRIT RUN AROUND NO PROGRESS JUST REGRESS
     2p  No COURTNEY - HERES UR TYLN' TOLD SALLY POORE Rx OUT 2 DAY
     8p  No TP - FLEX, MOTRIN DRSN'T CREME - ASKD 4 MOTRIN
     ... COLLECT ...
     3ᵉ WENT THREW ...

     SENT NOTE 2 GARRY GREGG SHE N CHRG OF GETTN' ...
     HOSPITAL - GW WRT FRM MOODY SAYS MR. MRE REASON 2
     SUPPORT MOTRIN OUTP MED - WORSE THAN EVER RT 10 YRS
     MALPRACTICE

14  9ª  No ... DON'T ...
     No ... HVN'T GT ALL THAT I'V HV ...
     ... GT IT, THY ...
     LT MAKE-UP BEDS W/ COFFEE/ HOT DRINK, ITS COLD, NO HEAT MY POOLE N'INE
     I'LL RISE LAWSUIT, MAKE UR BED, I KNOW IM BEING A PRICK, MCGILL UR BUNK IS MADE?

15 ✱  6    JEREMY FLEX - ELAVIL - TY - ANTIBIOTIC
     LT ... BEDS WLK THREW - TRAVELY ONLY 2 PEOPLE ARE XCEPTION TO RULE & THEY'RE NT COMPLY
     2ᵉ   GIV THEM ALL THE GRIEVANCES THEY WANT
     3 ✱  ... BEG MEDS (SPINE-BACK OF SKULL - HIP) FRM JEREMY' WIL B HER ...
          JEREMY MED TIMES ARE 8ª - 4, 12 ... MEDS ... OUR REG
          AS ABOVE DIARY ENTRIES SHOWN - MOTRIN IS ON REQUEST ONLY (TY, BIOTIC
     8p    ... Rx EXPIRED
     11p  ANTI-BIOTIC - TY 1000  WHT SLIDE JEREMY ON, STAY MISS'N' PM 4 DOSE - UNLESS REQ

16 TH  8½  JEREMY ANTI-BIOTIC- TY 1000 - FLEX - ELAVIL - SUPPRVR FRM ISCH - GUEST NW ON MENTAL POSTS
          IF NO MENTAL HEALTH SIGN SICK CALL SLIP. DIAGNOS W/ DEPRESSION - HELPLESS, PARANOID
          SOME ONE OUT 2 GET ME / DO HARM & BE CRUEL - DRs NT HELPS / CORRECT INJURIES

          DR ... NO I WLK ALOT - DO U HLP UR SELF - IF U THINK U CAN'T THN U WON'T
          Rx IF HURTS WHEN I WLK (HIPS / L-BACK / KNEES) - I DON'T WLK AS MUCH IT MAKES
          IT HURT MRE - I HLP MYSELF NO ONE ELSE FRM STAFF CLEANS ME ON ST.
          I WOULD USE CANE OR STAY N BED TIL PAIN EASED
          DR WAVED ME OFF AS HE WLKD AWAY - PT I COULD NT TLK 2 HIM
          ABOUT SKIN DISORDER SPREADING & SORE INSIDE JAW-R NOR IT DR
          RE Rx TIME SCHEDULES / DOSAGE



OVRHERD NR JEREMY IT PSYC SUPRVSR 'GT MEDS 3x DY' @ STIL NT HA
**THR** 16 NO COMMISSARY IN AM. LIKE B-4 - No 2P/4P MEDS - FEEL PAIN A
NO
REC NOT FEELING GOOD IDY, TIRED FRM PAIN SYM - FAM SITUATIONS - T
COLD                                                         JOHNSON
AIR DINER REG'D MEDS FRM NR VIA FEMALE C.O. I'LL LET HER KNOW @
N   THE STANDARDS ARE NOT GVN - I GET NEGLECT, FORGOTTEN ABOUT, VERBALL
U   ABUSED PHYS. DISCRIMINATED, VIOLATED AS DISABLED HUMAN BEING
H  9P NR - FLEX - ELAVIL  NO TY. ASKD 4 'HEADACHE/PAIN' - BOTH 'WIL'C IF
E  10 HV IT' - CLD BUBBLE 2 RMD NR & MISSNG MEDS. LET ME CHECK 'AGN
A
T      MED COND. NT TAKEN SERIOUSLY BY MED/MA
WELL  2730225  Y ? Y ? Y ? Y
   10³⁰ LAST DOSE WAS @ 8 P SO THIS LAST ANTI-BIOTIC, TY CREME. L
    NR - MOTRIN, WIL LET DRS KNOW' - REQ GUAZE' DN'T KNOW WIL LOOK
17   SHORT BREATHES
    SYM: HIPS, L-BACK, NECK, HEADACHE - X6 WARD/LTR FRM ATTY DEKKER/DC
   8 ⅞ NR JEREMY TY FLEX, ELAVIL
 LUNCH DID NOT EAT DUE 2 L-SPINE, LEGS (DISESOLTA RACE AGN) SLEPT IT OFF
    No MEDS @ 2P/4P → WHT SCHED IS BEING FILLED BY GUOTED NR JEREMY 8-4
AFTR DINNER CLD 4 MEDS BLUE 'SHE'LL B AROUND' - I GUESS @ 7 PM ROUNDS LETS SE
  7⁴⁵ NR - WHITE FEMALE - FLEX, ELAVIL, CREME 'NO TY TIL 12 ROUNDS' TEM
  11 PM BLUE BV5 MEDS @ BEDDIME  TY
18   8¹² NR JEREMY (FLEX, ELAVIL, TY) NO CREME SHORT BREATH - GAS
RECREATN AM COULD NOT GET CONTROL OUR PAIN L-SPINE/SPASMS AROUND/SIDES SHART PA
   3²⁰ CLD 4 MEDS PAIN SEVERE MID TORSO. SIDE - SIDE (TIGHTN BRACE)
    NR JEREMY x2 TY REQ FLEX 'ONLY 2x DY' REQ CREME 'WIL MK SURE
    U GT B4 EOD' AS HE IS OUTSIDE DOOR - NO TIME 2 SHW NEW S
    SORE ON INSIDE JAW - R & SKIN DISORDER STREADING NT DECREASE O
    MOTRIN/TY? UPGRADE US. DOWN/LOWR DOSAGE
   8 NR TT. (FLEX, ELAVIL x2) LOOKS LIKE U BIT JAW & GT TY @ MIDNIGHT/D SET T
    2-C DENTIST WIL WRITE 4 CHART RE: PAIN STATUS (GAUZE - IN C
    NOSE LOOKS BETTER - CAN'T STRAIGHTEN L-LEG OUT - GT CREME @ B L
    @ HIST. NOT JEREMY IN AM - WHERE BACK PAIN L-SPINE TDY - PRESS
    IT & TINGLING SENSATION IN AREA & L-LEG WEAK DID NOT XPECT ?
   12 TWN MOVE HAD 2 SIT DOWN & REGROUP WAS LEANT AGNT WALL/PLLAR
**SUN.19** 8¹⁵ NR CORTNEY - (FLEX, ELAVIL, TY) ASKD 4 CREME 'W DO U HV ANTHNG' Y
    4⁰⁵ 11 (TY) L-BACK BF LATT KNEE - NEW CREEK CAVE, SWELL SORED SUT2 PD
RAINY     HAIR N FOOD @ DINER
POS SNOW 8 NR T̄ - FLEX x2, ELAVIL, CREME  SHW RASH SPRD 'TELL DR TMRW'
   12 '' - TY
    MAIL → Ms. WALKR/ GRVNC - POTTER & MED GRV. COLD AIR, LINEN/ STASION
   20 8³⁰ VISIT FRM STACION - C/O 'COM ON HURRY CODE GEN' - 10 MIN GETS A VISIT
    DR ARAMBURO 'MR GILL U MST LEARN 2 WLK' IN PASSING 2 VISIT - NO MEDS G
   @8A HANDS BUT STILL COMMENTS W THIS FASHION KULIN SPINAL DAMAGE
STILL 9.85 NO BRKFST N CELL, WRKR' BRUTON NO1 KNEW U WS @ VISIT 'C/O NEW MA
COLD    STANDING @ DOOR - HW IS THT POSS W/ SECURITY' WK N ADV. VISIT 'BRUTON
AIR ↑  FOOD GOT CEREAL 4U, IT WS ONLY EGGS & STUFF' NEED THAT 4 ENERGY/BUILDN
IT SNOWED CARE VANOUNE - TY FLEX, ELAVIL 'DN'T C ANY CREME, DO U HAVE A CORNER, ITS JUST 4 U R NOSE'
   TT CARE ADUSD SHWD SKIN RASH SPREAD 'I THOUGHT U HD CREME 4 NOSE, WIL LOOK & C'
4 VISIT REQ WRKR SANTOS 'I GOT U, DIDNT 4ST U CEREALS W/MILK CAN'T LT U STARVE
    BRKFST FRM WRKR, AFTR NR GV MEDS 'WIL C WHERE HE IS'
    → CEREAL HAD BRWN/DARK OBJ IN CEREAL

Nov. 20  WLK I DIDN'T GET MAIL TDY, NO 2 GT RECORD / FILE ABUSD  GT ST ORDER
16 NOV 04 FOR IMMEDIATE TRANSFER 2 HOSP 4 EVAL & TX

4:R
COLD  20°  WHN U FEEL GOOD THNGS WORK OUT BETTER - REDD WALKER

7:20  NR COURTNEY - (FLEX, ELAVIL, CREME) RASH / SKIN DISORDER SPREADS THRU HAIR FOLLICLES
11:40  (TYLNL WK) X-TRA B.WGHT

21  8:A  NR INTENSLY (FLEX, TY, ELAVIL, NO CREME) - MED STAFF PUTTING I/M WALKER THRU SAME HARDSHIPS MI
REC  5:15  "  TY REQ CREME MISSED "I THINK R RAN OUT H PA FARROW STUC SPROW CB W/CRE
SUBMIT  OP  NR LISA, FLEX, TY, ELAVIL CREME   REQD ASST 4 CELL HAIR R WALKER  BLEEDN PSYL B.KCK
- GRNVC  REG LAW LIBRARY & CRANE - DO NOT HV MY GIT AFTR MED ROUNDS - STAT LAST CALL
- LAW LIB  INGRY RE PERSNL PROP. MEMO V LW HOUSE OFF TI CARLOCK WILL IT LEAD WRKR IF
POTTER DENIES DOD NT HV, HOW DO WE PROVE, ABUSD HU 2 RCPT & SHKKA DASE
FRM CELL - CELL AFTR 2 REC 2 USE  NOT XCHNG / BARTER AS SGT MOLDY WRTS
DINNER 4  MAKES 3X, I'VE BEEN SERVED CRAB / SEAFOOD DISHES & ADUSD MED STAFF MULTPX
ALRDY  TT HM DURING REC  SUBMITTED DEC 2 ST HOSP 20 DEC - ATTYS CLD TO THEIR DSMN
BROWN REG WIT  NO PAPR WORK SUBMITTED FROM H.R.Y.C.I. AS STATD IN MEMOS 29 NOV 7&10 DEC
FOOD STATE RPT  STATED SHOULD B TRANSFRD EN/BY 30 DEC (DECKER FAXD DECS 20 DEC) 1ST ATTY HAS NO BKK
MAKE 510 (BRTHR  REPORTS FINDS IT ODD RE AMT OF MSNG DOCS  WE 2  ITS A REOCRRG THING IN A McGILL OR
15 A MONTH B  2ND ATTY 2500 PRE-TRIAL & 2500 TRIAL  ONLY ATTY WHO CAN SUBMIT MOTIONS / HEARINGS
RIEVE AVE.  SENT LEGAL MAIL & INFO PKG W/ CTR - $15 MLE SENT ALRDY SHLD BEEN THOR ABUSD THT
SALVATION ARMY  COMMISSARY ON WED NIGHTS BUT DID NOT RECV ORDER FROM LAST PHONE CALL WED
CARE PKG
REG   LAW   LIBRARY   1983 / COPIES / RESRCH
MEMO FRM WARDEN AS RENEE WALKER DISTRIBUTION 7 COUNSELOR RE
WHN BED SPACE AVAIL I/M WIL BE TRNSFRD  7 DEC 04
993-0225 WILLOW RUNE  996-5371  OG 2409  9-03-37

22  1A  NR LISA - YR SCHRACK - WHT SHIRT - SECURITY OFFICR - LY I/M WALKER, PRNSLY ADUSD BLEEDING
NDS 911 HELP  I/M COMPLAIN OF NEW NECK PAIN & WEAK AS EVER-WORSE
LT LEA  COLDIT.  THN CON STREET  I/M 3 WHN NR MVD HEAD CAUSED A LOT OF PAIN WEEK/
BLOOD & URINE STAINS ON PANTS - I/M STATED MUD CREME & WRAP TOOK PAIN AWAY BUT
THIS IS WORST, NO MEDS 2 EASE / B COMFORTABLE.  NR CALLED OFFC 4 ASST 2 ML
I/M WHILE NR V VITALS  WHT STAFF TOOK I/M CUPS - BOTTLE CF H2O - CONDIMANT
PLASTIC BAGS GIVEN BY CHARITY W/ COOKIES, BOOKMARK MTG W/ SCRIPTURE WS ABND
BY NR LISA WHILE SLEEP  IF U WANT COOKIES BTTR GET EM HE'S CWHT SHIRT
UPSET RE PLASTIC BAG  I AWOKE REFUSD, CONTENTS & NOTICE MISSING ITEMS
INCLD 4 ED OINTMENT / HYDRO CORTIBONE CHVN BY NR LISA @ 8 PM 4 SKIN / NOSE
TOOTHBRUSH  BUT DID NOT TAKE W/M I/M WALKER CUPS / TOOTHBRUSH
OR CRUELTY
SCHRACK →  ANY EXCUSE 2 DO NOTHING  (SET-BACK, SEND U AWAY, D/C)
↑  9A  UP W/ SVM & I/M WALKER THE SAME [2]  EQUIP NOT CALL BRATE
27  8:45  NR JEREMY & MED STAFF ROUNDS - (TY, ELAVIL, FLEX, NO CREME) ATTNDNG I/M WALKER  ON FLOOR ON MEDS
8A JEREMY / STAFF LV REG VIA NR RE NEW CREME FOR SKIN  IT'S UNR RESPONSIBILITY BUT
I WIL TELL THM  WHILE ALL R CO CELL DOOR DR DRVE I WIL HU 2 GT BCK AFTR MED ROUNDS  OFF
SUBMIT  WE C-THM AGN 4 MEDS / TR - MR WALKER  105 2 SHUR TDY - WHN LAST CALL 4 SHUR BY WRKR
- GRNVC HOLD  & OFFCR DR INNE  WAIT FOR JEREMY  NEW MED PEOPLE ARE MRS HLP IN HIS CELLBAR
SICKCALL  I/M  I/M NT ABLE 2 SHUR  OFFCR CLSD DOOR AFTR DR RESPONSE  NOT ATTND 2 MED NEEDS
- MED/AKLT  3:20  JEREMY DROPS OFF CREME SAME AS B-4 & TY 1000  HERE'S UR CREME & MEDS U CAN TK NOW/4
MENTL SICK CALL - MED. SICK CALL - MAIL CALL PACK FRM LE-ARTS / HOME / COMMISARY & MSNG
DINNER  CELL MATE FELL WHILE STANDN & DRINK WK W/ GUARD @ DOOR WTCHN /  CALLD JEREMY
NR JEREMY  WHN UR READY 2 MOVE RU McGILL CALL US 1ST SO WE CAN HELP U
8P  NR OF (FLEX, ELAVIL) HVU U DOIN - OR - NT GOD I COULD B LIKE I/M AGN, I HV 2 GT 2 HOSP 4 CORCT SURGRY
" I HV TZ, IVE ACCEPTED THT"  RE I REFUSE 2 ACCEPT IT, NOT LIKE THIS'
12:30  NT-TY 1000  HOLY MR WALKER - WNTD 2 MK SURE HE'S ALIVE

COLD AIR

23 - THUR.
9³⁰

RAINY

LAW LIBRARY - ANGELO' WHT U ND WE COME 2 U' ATTY ADD - 8ᵗʰ AMEND MED - CONTEMP B₄ COURT, COUPLE
NR YAVOUNE - (ELAVIL, FLEX, TY 1000) STND SKIN DISORDER 'LOOKS GOOD, LIKE IT WNT SOMÉ' SHOWE
NEW AREA & OTHER ARM - DR SAID WILL B BCK NUR DID R₄ THY DIDNT START RX YET. DR INNE
DR INNE 'DID JEREMY ON CREME' NO SAME THING, LOOK @ IT SPREAD - ← WHERE DID U GIVI
THT 'RINGWORM, NO HE NEEDS ANTI- FUNG CREME LET'S C WHT HAPPNS NX

9/M - L-SIDE OR
DR BACK
DIDNT RX    4³⁰

ADVSD MED STAFF
RE BLOOD SANTIZE

1003 E WILLOW RUN
WILM, DE 19805

NR YAVOUNE - (TY 1000) INCALT LAW LIBRY ATTY ADD NO BLP CODE - NO ATTY PAK
11 STILL TRY 2 SIMPLY W/ ADEQUATE TR 'RATHER TALK /TR CONDITION' WE'RE ALL GONNA D
OF ARTHRITIS DR ARAMBORU 'BP LOW' DR INNE SURE IT WAS FINE YESTDY W/ CAGE
DR LISTENS TO LUNGS' SINCE EATING OK, JUST DRINK H₂O & STOP DRINKING' ADVSD NT EATING, DRIN
L-SIDE OUT W/ R-HIP    911 NECK, HEADACHE STARS

EVELYN WALKER

4B ANTI-
FUNGAL
DYS

C/O - CARLISLE
BLUE
PRONG

NO SCAN

(COMMISSARY
- X-CHKED PENS
- CAN NOT ORDR
& GT MNY BCK

No REC DUE 2 PAIN/ SYM → 9/M WALKER CALL FOR MEDS - OFFCR NURSE WILL B ARND 7 30
9/M FELL DOWN W/ WLKR & CANE TO DOOR OFFCRS/NR ADVSD BY WRKR ANDREA!

NGUE CAME N-2 CELL 2 HLP No' McGRI @ COMB 2NT MEDS' PL CAN'T L-SIDE NUMB
OFCR 'YES U CAN & GET UP WALKER FROM YOUR OWN' - BEND KNEE 2 GT UP
PT KNEE SWOLLEN W/ ARTHRITIS SINC DR VISIT. OFFCR WALKN FINE W/ CANE HOW H
FALL DOWN OFFCRS PASSED OUT MEDS & H₂O & CLOSED DOOR W/ WALKER ON R5
WATCH M CRAWL ON FLOOR & REQ 1 WLK 2 DOOR 4 MEDS (FLEX, ELAVIL X2)
BLUE - CAME W/ TY 1000 'TAKE A WHOLE LOTTA TIME I'LL JUST TAKE IN' - ADS DISPLACEMNT AGA

LAST WEEK ORDER CAME VS ORDER SLIP PLACED YSTRDY - BIG GUY CLAIMS PROBLM
THE OPPOSITE AS B-4 1ˢᵀ TIME NO GO FOR COMMISSARY, NOW DON'T NO GO SHWE
WED, RECPT OF 7/5 BOUT COMMISSARY SHWS .02 BAL NT SHWN ON TOTAL BAL-ALWAYS ¾ FAUL

24    9

REC

MON

NO
REC

No JEREMY - CAME N W/ MEDS (TY FLEX, ELAVIL, CREME) No COMPASSION 4 9/M FALLING 23
"I KNOW, WILL CHK LOG 2C IF REPORTD @ WHT TIME, DID U TELL SLK1, IS THIS YO
WALKER OR HIS NAPROXEN SAID HIP' NVR SEEN NR AGAIN 2 ABT, TK CARE & SYM
PAIN STIL HERE HARDSHIP 2GT 2 PAIN - ADVSD C/O JOHNSON FELL & FALL WE'RE GO
LOOK N-2 LOG 2C IF INCIDENT REPORTD' NVR SEEN C/O AGAIN RE FALL TT PEOPLE
@ HM' POP WHTS GOIN ON' A LOT OF MESS LITH URINE & BLOOD ON FLOOR BIO HAZRD U
HANG IN THERE, THY'RE ASSHOLES' DON'T WANNA TAKE UP 2 MUCH TIME 'C SIGN/VLBE OF AS
DID NOT CALL ATTY 4 BAIL RED' NO CALL W/ PAK & BCK LUST R/U PAI
HIM DUE 2 1ˢᵀ ATTY (10 CALLS) NOW IT'S A 2 I'M NT GETN OUTTA HERE 2 DO NT HV BLP CO
"I'LL CALL AFTR WE FINISH. I DID NOT GT BUS CARD' SHLD B SAME AS KING' I HOPE SO' HAS C
MAYB CLOSED BUT ILL TRY' DON'T SAY IOC THT YOU'LL B OUT 30ᵗʰ' - AFTER ALL THE SHRT
COM NS, LIES, CONTEMPT, LIFE-THREATING, LAK OF ATTY FLLW-UP & BY OTHRS - SUSPECT B
FILE FOR DISMISSAL, BAIL REP, TRANSFER, FOR PLAN OF ACTION 2 ASK ATTY

NO
REC

No JEREMY - DRP OFF MEDS @ BDSIDE & ROLLS (TY 1000, CRN) WHT)

NO SICK CALL
RESP.

No TY - L FLEX, ELAVIL) 'HW U FEEL'N' BAD W/ S TURTBLR IN' BACK PAIN AGAIN
STILL NO SICK CALL RESPONSE MED / MENTAL → MR JOHNSON SHWD UP 4 9/M C/MG
11    TY 1000 @ BDSIDE

NOT NOTIF ACCSD, US CANE

25    8¼    No JEREMY    ANTI FUNGAL    WEDS PAK NT @ 5 B₄ BKFST/KIRKW
WHT SHIRT SGT WAKES ME RE: GRVNCE 'I NOTIFIED KITCHEN W/ MEMO' GU C
U ND 2 TRY 2 RESOLVE B-4 GRVNCE - WHICH GRVNCE? TT OFFICERS THY TOLD U
2 LV FOOD' NOT WHT WRKER /OFFCR CONVERSION STATED, I ASKED NEWMAN W
WRKR - AS HE LFT/CLOSNG DOOR 'NO IS ANSWR 2 QUEST' OVERHEARD WRKR ST
U DID NOT TELL ME HE HD VISI, U ND 2 SIGN-OFF ON THIS - I COULD N
SEE W/ GLASSES OFF & IN PAIN DUE 2 DISPLACED DISC 'R U ON URD
BED OR WHAT' I/M IT COULD BE, FEEL BAD WHT AM I SIGNING FOR
JUST FORGET IT OK FORGET IT' & SGT WLKD OUT. C/O HASTINGS COMES
STATING 'MUST SUBMIT SICK CALL SLIP & HW DR WRITE ORDER - ADVSD DIS
THT & PAINE SAID DRs DO NOT DO THAT & WOULD NT SIGN R O RE.
HASTINGS RTND W/ SICK CALL SLIP COMPTD & TURNED IN. BLUE NABED C/M
11¾    NR TY 1000    BLUE - 'I'LL GET IT TO 'EM'    RDZ COM 1 4 BLU

CALL HIM 4X!

WRKR SAID
FOOD

NO AM
REC - PM YES

WRITE CARD 2
CLM ADD WIFE

JEREMY

26    7¹⁵    9/M FELL AGN! THIS TIME C/O SCHRACK CAME ASAP NR FEMALE HELPED G
TO HIS FEET ONTO WLKR 2 - 3 - GO 4 DUE 2 C/O SCHRACK WIL REPORT IN RE

**26** SUN.

8⁰⁰ MED RD - NR JEREMY - (ELAVIL, PLEX, TV 1000, CREME) BRKFST- 2 LINK/BREAD WORM APPLE CER
— GV MEDS 2 C/M W/O CK FOR PAIN - 9M TOLD ME NECK HURT AGN, MITEA BLACKOUT
COLD AIR  REC   PHN CALL DISCONCTD / DROP CALL - NOT-SHIRT, BXR, SOCKS, PILLW CASE
TEMP
FINALLY GOT FLOOR CLEANED / BIO-HAZARD SANITATION WRKR RICH W/ GLOVES
P/U BLOODY BANDAGES, URINE, CUPS - ALSO GOT CLEAN DOC FRM RICH FOR BOTH
OF US + TOWEL FOR WALKER NO FACE TOWELS CARLOCKE DISCARDED USED 1

5 - DINNER (RICE & GRAVY W/ 1 PC OF MEAT BUT HOT ++) - BRKFST (2 LINKS, 2 BREADS, APPLE
FROSTED FLAKES) MEALS LIGHT ALL DAY - GOTTA STAY WARM SEEMS COLD 2 BONE
MISSED  4TH MEDS NOT GIVEN W/ MEAL, WENT 2 V @ DOOR OVERHEARD CARLOCKE SAY
DOSAGE
2 OTHR I/M IN ABOUT AN HR / I'M NOT THE NR, U ND 2 TT THE HR NT CHG

DOESN'T SEEM LIKE GOOD DAY 2 RED ANYTHING MEDS, REC, INTER-MAIL
PCO HAS BEEN ACTIVE ALL DAY / AFTERNOON ( 4 PC RESTRAINTS, INJ, CODE
8⁰⁰  ORT 2XS W/ PLANS FOR MORE W/ INJ, I'M SEEING WIFE TT SIZE AGGRSSN
(ELAVIL, FLEX, CREME) WHT NR PRM FALL THIS MORNING, CAN NOT GV MISSED DOSAGE
WILL GT TV 1000 @ 12 MID ROUNDS' CARLOCKE 'W/ ALL THE PCO STUFF 2MCH
11³⁰ CARLOCKE - GV MEDS TYLENOL 1000

**27**

8³⁰ NR YAVONNE (TV ELAVIL, FLEX, CREME) DR INNE R-LOOKS BETTR 2 STILL PROBM IS THT ENUF
BRKFST  FOR BOTH ARMS'- PC - U SEE THE AMT N CUP, I DO W/ WHT I GET' DR REQ ME
COFFEE
COLD   I'M PC - TT DR. RE X MAS RANT W/ OFFER & SHELFISH RX, SENT MEMO DR, 5 W/O DR NOT
GV OUT R 4 ALLERGIES, MANY PEOPLE HV ALLERGIES 2 SOMETHING & WE DON'T RX EXCPT
DIABETES, CHOLESTROL' ADVSD OFFER EVEN GV SICK CALL SLIP 2 FULL-CUT AS PROPER
COMBAT FIGHT  PROCEDURE & I RTUD IT, I GUESS YOUR NT HERE 4 SICK CALL THN.
DRAFT II
9YM: R- LEG / HIPS - NECK   NO ATTY
COLD AIR  5³⁰ DINNER - NR COURTNEY (TV 1000) MAIL CALL - LAW LIB, MED GRV, GRUNK REC MOVIE PACK
WKRS BLDG
SCRTY OFFCR  8³⁰ CARLOCKE / COURTNEY - (FLEX, ELAVIL, CREME) RAN OUTTA MICONAZOLE, ORDERED MRE RSS TMRRW - I KNO
U WETRE GONNA ASK/SAY THT' DUE 2 SM AMT & DR STATED AX 4 HRE - DR INNE'
11³⁰ OVR / HR - (TV 1000) KEEP LIGHT ON FOR ADDITNL HEAT SOURCE- PAIN N HAND HO 2 STOP WRITING
OFFER BLUE/PINK COURTNY ' BLU CAUGHT MOUSE, IT WAS CUTE ABOUT THAT BIG ' INTERESTED

**28** Rx

8³⁰ NR- YAVONNE - (FLEX ELAVIL, TV 1000, SM. CREME) - PC REQ MRE PER DR. INNE, PRSNT - NR- THATS ALL WE
HAVE I CANT LOCATE ANY' DR INNE WE HAVE IN STOCK, I KNOW WE HV GOT MICONAZOLE 'NO WHERE
IS IT, WHN SHE TELLS ME I'LL BRING IT 2 U' MCGIL- REC URINE B RMVD / BLU-UP OFFCR OK'

MAIL-LEGAL  GOT ATTY PACK/OGG CONTRACT, WARRNT, INIT CRIME REPRT 'EVIDENCE 'CHARGS, MIRANDA, RM REPT, PROP ENV
6DB  REC  TT HM (3) CAUS'( DISCONECT - POPS- NOT REALLY, GT ANY ADDTL FUNDS - O CONNELL CLD, I THINK
COLDER  ASR SCRTY  THY'RE ALL IN A 2GHER, SICK U HVNT SEEN HIM, É IS 67 MAN STIL W/ US THIS LADY CALLED RE:
WRKRS BLDG  TT WIFE RE: PRISON REP  CALLING ST. REP ON BOTH OF U GUYS BEHALF LIKE SHE DID FAR HER SO', REQ PLSS HM HR
@ WHAT - MY WIFE IS  973- 0225 - THINK ' MOM HD APPT THIS MORNING I'LL TELL HER' - ADVSD SIGN CONTRACT BUT
GONNA  WILL CB TONIGHT IF POSS, GOTTA GO REC OVR AGAIN - NO DISMISSAL OF CHRGS & HOSP ASAP
DISCARD CHRTY  NR QUANIE - (TV 1000) 3³⁰PM RECORD NR CLEANUP - CLEANUP INJ NR PER DR 2 OVR PER/INTO RESTRNT
GET GRUNK  NO REC @ ALL A CB 2 TT HM /MOM REF MR. WALKER ST. REP ATTMPTD CONTACT / O CONNELL
RTN OF LOANER DOCS 2 LAW LIB 4 COPIES & REQ CT ORDER COPIES
12³⁰ NR TT (TV 1000)   WARDEN'S 2ND NOTICE

CB  **29**  8¹⁵ NR JEREMY- (BLU) CREME 4X AMT FRM LAST NR WHO REFUSED 2 WCKS DAB
D  LEFT ON BED  ORNG PRAN WHT  MENTL DR JOSHE - 'HOW R U' ADVSD DEPRESSED DUE 2 COURTMY
OF CT ORDER 16 NOV, LOSS OF APPETITE, EAT 2 AVOD BLOOD OUT W/ ELAVIL - 'ALL RX GENRC
WE SAY ELAVIL BECAUSE EASIER - I WILL UP DOSAGE 100-150 IF NO BTR TRY'
HAD 2 REST COULD NT SIT W/ R-HIP TOO PAIN FULL TO WRITE DOCS  ADVSD/SHWD BLUE LOANER
TIL RTN
NEW PAPR  4³⁰ NR JEREMY - TV 1000 - MAIL OUT - WARDEN W/SRVICE, LAW LIB, GRUNK 22 DEC / BLUE RETURND LOANER / SRVCES
& ENVELP  REC  TT HM AFTR SVRL TRIES - KA NO MSG FRM ATTY / RODPC - WNT OVR PRUS CALL RE: BAIL IF
WE DON'T GT REDUCTN WE'LL NEED MORE MONEY CUZ THY'RE NT TAKN ME 2 HOSP & 9M
WIFE IS GONNA CONTACT BLEVINS STATE REP FOR BOTH OF US - SHLD B @ HOSP TMRRW ACCRDN
2 DECKER & GOT ATTY PKG W/ RSS STAMP ENV - I ORDERED MORE CUZ I GOT 1 FRM SOMSRY

WED 29 — Nₐ - (AMITRYPTILENE x3, FLEX, CREME) PSYCH DR UP DOSAGE 100 & 150 DBL-UP
WRK ON DOC 2 MAIL OUT - JUDGE L. TAYLOR + UPDATE & COPY
Nₐ - TV 10:00

30 — WOKE UP TOLD "COURT TDY" BY SHRACK - REQ'D MRE INFO DUE 2
POSS. TRANSFER TO ST. HOSP PER ATTY DECKER / COURT ORDER - OFFER "DE PSY
DE PSYC WTR — EVAL" HERE IT GOES AGAIN WHAT ABOUT REST OF ORDER 2 TR INSTABLE
COLD — TRANSPORTED 2 CT HOUSE 5 b & KING - PLACED N HADT CELL THEN 40 MIN LTR
WET — PUT BCK ON VAN 2B TRANS 2 PSYCH CNTR - NVR 2 GO2 COURT RM
REQ'D TACET 8-4 — MITCHELL BLDG WAITING FOR DR 2 ARV - A LONG, HAZ TRIP W/O MEDS
DR RASKIN ARVS & "EVAL ONLY" - DON'T HAVE RECORD / PAPER / PEN - NT GD A
"DO U KNOW Y HERE" ADVSD I THOUGT 2B ADMITTED 2 B STABLIZED - I DN'
AS COLD WE WENT — "I'M UNAWARE OF ADMISSION TDY, WERE NT PREPARED 4 ADMISSION JUST E
LEFT COLD — • DO U HAVE SMTHING 2 SHOW ME" YES ALOT, HERES CT ORDER STATING SA
DORMACET — TBUT LO & BEHOLD SOMETHING ELSE HAPPENS - DR QUEST OFFER OF SAME
OFFERS B/M & JR "ALL WE KNW IS EVAL & WE HAVE ANTHR - WHTS UP?
DR - I ND 2 vr w/ DIANE" DR COMES BACK W/ FILE INCLUDING ORDER
FAX'd BY ATTY - B/M "WEBB SAYS THY HV SAME ORDER" - DR IT SEEMS
C/O TALENT? — HE SHOULD REMAIN HERE PER COURT ORDER UNTIL WE GET COURT O
- SIGNED 4 — TO SEND BACK, RELEASE" AFTR WAITING 10 MIN DIANE NT SHOWING
COMMISSION — GOES LOOKING "DIANE IS ON GROUNDS & ON HER WAY" WHN HE
- USED LEGAL — RTNS STATES MCGILL IS TO GO BACK & I WILL WRITE LTR STATING
- ASST. WRFRE — CUT - AT PAIN TR DUE TO MAINLY PAIN OVER DEPRESSION" THIS FACN
- NO RCK LEFT — ONLY WIL PROVIDE, MEALS, A PLC 2 SLEEP & PSYC MEDS NO RESOURCE
CHRONIC PAIN TR"
MR JERMY (TV 10:00, ANTP 100, FLEX) - REQ'D MEDS EARLIER N BK R WELL & IF P
1 — TT HM ADVSD OF EVAL ONLY & RTN TO INFRMY RM 202 WT
@ ST. HOSP AS ORDER DIRECTS
8 — RAS Nₚ w/w HUV w/ HEAD BAND - (150 ANTI, FLEX NO CREME)
Nₚ RETURNED W DORMACET PER NEW CELL-MATE GARCIA "WE D
NOT HAVE PERCOCET JUST DARVACET"

X-RAYS — 4 ME THY SAID WE DO NOT GIVE OUT NARCS, NOW
DR. BASE/RASKIN — Y DOES C/M GARCIA GET & NOT ME - POSS DRUG ADVT
11 — C/O CARLOCKE ( ) - MADE (5) COPIES 2 FIXED w/ LTR & 1983 COMPLAINT
12 — Nₚ & C/O SCHRACK (TV 10:00) - Nₚ HD U MRKD DWN AS RECV" - NT TYLNOL

31 — Nₐ JEROMY - (TV 10:00, FLEX, ANTI-D, CREME) LFT ON SIDE OF BED AT 5YM, MY NECK
AFTR — " MR GARCIA WLK - UP PLB, WE DON'T HV PERICET BUT HERES DARVACET"
LUNCH — TALENT - REQ'D HOT WATER FOR FACE ETC. EXCE "NT ALLWD 2 EU V HOT WATER
QRT — USE FRM SINK" THU LUNN MY OFFER COMES AROUND WE'LL TALK THN "WE ALSO
ALERT — REQ'd SUPPLIES C/M PUSH CALL BUTTN " TISSUE TOOTH BRUSH / PASTE SOAP NVR GET TO
WHT / MALE OFFER - BROUGHT TOWL 1 TOOTHBRUSH / PASTE, SOAP 4 C/M ONLY - TISSUE W/ BLOOD O
REQ HOT WATER " WAIT TIL NXT SHIFT" IN PRISON NTHING QUARTER" OV
DONT TALK MCGILL U — EA INTR COME - "WHAT ABOUT MINE BRUSH SPREAD OUT" WAIT TIL NXT SHIF
ALWAYS SO I DOWN — C/M REQ WHT H2O FRM JEROMY "U SHLD USE PEROXIDE / SALT SOLUTION ON STITCH
UP EVRYTHING ELSE — C/M I DON'T HV NOTHING NB 2 CLEAN OR GT INFECTED" JERMY WKS RED & BRN
& NOT TOO RICH — 4 — Nₚ JEROMY - (TV 10:00) I SAW YOU SIT N, THN OVR THR N 2 SECONDS, AMAZING
56 DYS LATER — R-HIP - L-SPINE HOLD ON TO C/M RED / CHAIR & DONT STAND UN LES 2 LONG
REC — TT HM BT W ATTY ADVS "DON'T KNW Y NOT @ ST. HOSP. WHY THY BRGHT U BCK 2
H.R.Y.C.I - ITS TORTURE / ABUSE UT IMMEDIATE & DIRECT- WHT'S UP WIT DO
DO WE GOT A HOUSE / MONEY PLAN - USE HSE & BAIL & CASH A ATTY IF NOT
APPOINT BY COURT DUE TO 1ST ATTY C'COUNEL INEFFECTIVE IGE, DECKER FE
15 2500. THAT WAY EVRYBDY GET CASH 2 LIVE 4 FRE LAWSUIT US DOC &
1ST CORR. MGT. U.S. MARSHALL NDS $190 PER DEF(5) 2B STUD ROMPLAINT REZA

RELIEF — GIVE ACCOMODATIONS & BONUSES 2 officers / NR RESPONDING 2 CODE 9 on 8 NOV 84 @ APPROX 12:30-1A on POD 2A - REQUIRE FACILITY 2 HV INDEPENDEN NED. / GRIEVNC COMMITTEES DUE 2 COVER-UPS of CRUEL & UNUSAL PUNISHMNT RIGHTS VIOLATIONS BEING GROSSLY DELIBERATE & INDIFFERENT.

MRS WALKER SAYS HOLD ON GETTING PEOPLE ON CASE & END @ 25 2/10

SAT 8⁰⁰ — NR TP - (FLEX, ANT DEPRS) PINK/BROWN — L. LAUNDRY - HAND WASH

JAN 12¹⁰ NR TP (TY 1000) COLD BLOOD TASTING H₂O - FILL UP LUNCH CUP

R 6⁹⁰ — NR JEREMY - (FLEX, ANTI-DPR, TY 1000) PINK - GM GARCIA NO MEDS FRM NR 4/K & BLOW OUT SLEEPY FACE AND
ANTI-FUNGAL Up I KNOW NR SOME ARE LIKE THAT BUT U CAN CALL & GET OP SOLD - DARVACET / GENERIC PERCOCET
RAN OUT 12⁰⁰ C/M OLD FOR PAIN MEDS OFFER "I'LL TELL HIM" - NR JEREMY NEVER CAME

4⁵⁰ NR JEREMY - I WAS WRONG, IT'S EVRY 8 HRS - GOTH B RESISTANT - (TY 1000 152)

COULDN'T 8⁵⁰ NR TP ((2100 BLUE, REX)) 160 PILL FOUND IT FIG ITS 84-M
BUS ON HOLD
DAY/WK/MO — OFFER FRM FRNT LOBBY / B & R 2GT PROPTY REL FORM FRM I/M IN RM 2010 YOUR BROTHER IS N LOBBY & WNTS WALLET, FILL OUT & SIGN FORM

ICE CREAM 4⁴⁰ — REG HOT WATER DUE 2 NO HOT/WARM WATER FRM SINK OLD BLU - I'LL
UP THRU NITE TP ANDREA 2 GT IT "WRKR" DO U NO WTR NOW" 2 DO MEDS NR JUST GV ME
— NVR CAME 2 GIVE HOT WATER - SINK WATER COLD NOT WARM ANYWAY

12⁴⁵ NR TP - (FLEX, FLEX ANTIBI) NO CREME GVN TIL 8 - NEED HOT WATR - TOLD SCHR. RE: OFFCRS/WRKRS NT GIV'N HOT WATER - SCHRACK "I DON'T KNOW Y NR WATER

COUGHIN EPISODE TIL SEEING STARS

2 8²⁵ NR COVENCY (TYLNL, FLEX, ANT-DEP) No CREME RECD VIA HARDGROVE D/C & RAN
PLASTIC IN FOOD OUT YESTERDAY "DIRECTIONS STATE 2 - 4LKS 2 CURE ATHL FOOT, RING WORM, JOCK I
ITCH - ITS ONLY BEEN 10 days

MAIL OUT 4³⁰ NR - (ANT-DP TYLNL 1000) - REQ 2 CL DR 4 NEW Rx - ITS STARTN 2 CLEAR NOW THIS
TO TAYLOR 8⁵⁰ NR TP - (FLEX, ANTP DP) - REQ DENIED "SHE'LL KILL ME IF I CALL HER FOR 4 CREME Rx"
DR & PA WIL BE HERE IN AM ROUNDS

3 12²⁰ NR TP (TY 1000) SYMP: FEELING BAD, R-HIP L-BACK KNEES
BRKFST PA BLK FEMALE - "U LOOK GOOD TDY NR MSG IN "YOU'RE SITTING UP" - I EATING
WHT STRING LONG FOOD THAT HAS WHITE STRING INS OATMEAL & SOMETHING IN EGGS
GM GARCIA SBI # 485854 "U STAY FIND N THING N FOOD 1AZ

* BLOOD STAIN ON TOILET LAST DY OF YEAR HAD BIO SHEET
WRKR - RICH URINE & BLOOD

9³⁰ NR WHT-FEMALE-SHRT-HV SET (FLEX-TYLNL-ANT DPR) RED TT OR RE-CREME OUT "I ALRDY MADE 1AM...
10²⁰ NR HAYES (TY 1000) REQ ANTI-FUN CREME "THATS GIVEN @ 8 Rds
8⁵⁰ REMINDED NR 2 GET CREME "OH THATS RIGHT, DO THY GIVE IT IN CUP (FLEX, ANT-DP
12²⁰ NR (TY 1000)

4 BRKFST NR YANGUVE - (FLEX, ANTI-DP, TY 1000) No CREME - REQ'D - "Rx BEEN D/C - LAST TIME AM D/C THN RM
REFILLED NR GV ME LAST NIGHT, ITS (INFCT) ALMOST TURNED DOWN HILL & NOW THIS AGAIN

4¹⁵ NR YANGUVE (TY 1000) REC - TT RHP & AM GRT MGM IN HOSP - SNARE HEART - DST PAIN
8³⁰ NR TP ( FLEX, ANTP DP) - No CREME, MAYBE DR WNTS 2 TRY SOMETHING THAT WORKS
STHUD 2 NR ARMS, MIND 4 PA THY SAID NTHING DIFF AS 2 PROCD I GET Rx
SYMP: NEEDLE / STAB R-SHLDR & R-L-SPINE LAY DWN UNTIL WAIT N 4 MEDS

RAINY 5 4²⁰ NR TP CANT GV ANY MEDS ONLY 8 HRS "DID NOT STOP ON ROUTINE RCS @ 12 SEVERE PAIN
B AM RDS ASK C/M U WNT UR DARVACET NO DID NOT ASK OR GV FLEX TY ANT-DP CREME
CAME BCK AGN 2 ACK C/M RE: DARVA CET WRK-UP PLS* NR COLLEEN (TY ANTI Rx) ADVSD MISSING HALF
W/OFF 1000 TY, Rx ASKD RE FLEX "OH WHERE'S CUP" WAT ABOUT CREME ITS BEEN D/C I WDZ
FINISH RASH HALF WY DR NT N YET WHT ABOUT PA ANYONE "SHE NOT MAD RDS YET. CALL C/O
TO CNTP ANSWR - NO HOT H₂O OUTSK SINK CAN S GET/AN 2 TK/BK MED A INFCTUS FACE/SKIN - U DO NOT
GVN REC U GET REC TONIGHT ADVSD 2X DAY FOR CREME & REMAIN ON/OFF 4 NOSE WHT TIL EVEN
OLD 4 Rx CREME BY PA AS NR COLEEN STATED - PA "I HV 2 WAIT 4 C Y UR DON'T
REFILL, ITS BEEN BEEN BOYS W/O CREME & THIS RASH U CAN SEE VS SPINE

3P 4⁰⁰ CODE RED ANNOUNCED & RM 197 STAYED OPEN - I HAD 2 WAIT TIL RED OVR
No 3 MEDS I NVR GOT - JUST LEFT NVR 2 RTN, JUST 2 DENY U
HOT WTR HO 2 OL 4 4PN MEDS - (TY 1000) ALL DAY ROUTINE MEDS GONE CRAZY. SHOWERS NT
REC AVAILABLE DUE 2 HOT WATER / SHOWER ?
NO ANTI CREME RETILLED - JUST AS A CORRECTION UNDER WAY

WARDENS OFC # 7747

WED. 5  
RAINY 7:25  

6  

7  

8  

9 SUN  

10  

10

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

McGill, ACRECIOUS M

**DEFENDANTS**

✱ SEE ATTACHED

(b) County of Residence of First Listed Plaintiff   New CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

BACKED OUT/ UNWILLING TO ACCEPT

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability / Liability ☐ 340 Marine **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health ☐ 690 Other | ☐ 840 Trademark | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | or Defendant) ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 442 Employment | | 26 USC 7609 | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations **Habeas Corpus:** ☐ 530 General | | | ☐ 900Appeal of Fee Determination Under Equal Access |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | Employment / ☐ 550 Civil Rights ☒ 446 Amer. w/Disabilities - / ☐ 555 Prison Condition Other ☐ 440 Other Civil Rights | | | State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

3 US Sec.41

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): CRUEL & UNUSUL PUNISH-MENT RIGHTS VIOLATIONS (PRISON DISABLED AMER. CIVIL) LIFE THREATING & CN-GE

Brief description of cause: ABUSE & NEGLECT C PHY. MED, VERB, MENT.) DELIBERATE INDIFFERE INHUMANE PRISON CONDITION NO INDEPENDENT CARE SITE

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** 2.50,000,000

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  X 21 DEC 07

SIGNATURE OF ATTORNEY OF RECORD   X A. M.

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____