IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACRECIOUS MCGILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 07-839-SLR |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, | ) | |
| SECRETARY ANNE, | ) | |
| C/O GASSNER, C/O HUTCHINS, | ) | |
| C/O FARMER, C/O MOODY, | ) | |
| C/O BLUE, C/O TALENTI, | ) | |
| C/O SHEETS, C/O LEE, | ) | |
| C/O PRANG, DR. INNE, | ) | |
| DR. ARAMBORN, DR. JOSHE, | ) | |
| DR. RASKIN, PA HERNANDEZ, | ) | |
| NURSE JEREMY, NURSE COLLEEN, | ) | |
| NURSE KOURTNEY, | ) | |
| NURSE ROZANNE, | ) | |
| NURSE QUANIE, NURSE JANICE, | ) | |
| BELINDA VANN, DET. SANTOS, | ) | |
| DET. TOWERS and | ) | |
| KEVIN O'CONNELL, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this **8th** day of **January**, 2008,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

*[signature]*
United States District Judge